**RECEIVED**

**MAY 2 5 2018**

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

**FILED**
COURT OF APPEALS
SECOND DISTRICT OF TEXAS

**MAY 2 5 2018**

**DEBRA SPISAK, CLERK**

To: Ms. Debra Spisak, Clerk
Court of Appeals Second District of Texas
401 W. Belknap Street Suite 9000
Fort Worth, Texas 76196

From: MUQTASID ABDUL QADIR
POWLEDGE UNIT (743563)
1400 FM 3452
PALESTINE, TEXAS 75803

Date: May 21, 2018

Re: MUQTASID ABDUL QADIR VS. MALCOLM A WISE, et. al. Trial Court Civil Action
Number 187,261-B  Appeals Number: 02-18-00052-CV

Respectable Clerk.

    Would you please file the enclosed 'Documents' and <u>all</u> 'Appendix' into
the Record Evidence and Proceeding along with the Court and your Office as
well.
    Enclosed please find an 'Affidavit of Mailing', 'Statement for Oral Argument',
17 page 'Appellate Brief' with the Table of Contents, Table of Authorities, and
Table of Rules, Codes, and Statutes attached thereto and <u>all</u> the following
Appendix A,B,C,D,-L,M,K,N, and O.

CC/M.A.Q.
CC/Clerk, Second Court of Appeals

Respectfully Submitted

x _MUQTASID ABDUL QADIR_

---

CERTIFICATE OF SERVICE

A true and correct copy of this foregoing and all the contents attached hereto,
is sent via Certified Mail No: **7016 1370 0002 3704 0490** to the Clerk of the
Court of Appeals Second District of Texas at Fort Worth, Texas.

Date: May 21, 2018

x _MUQTASID ABDUL QADIR_

CERTIFIED MAIL NO: 7016 1370 0002 3704 0490

## AFFIDAVIT OF MAILING

Texas State Republic
united States of America
Palestine, Texas

I, Muqtasid-Abdul: Qadir , an inhabitant of the Texas Republic, and currently an intervene inhabitant temporarily in Palestine, Texas, a flesh and blood sentient man, being duly affirmed depose and say and declare by my Signature that the following items are mailed "For Proof of Service" i.e., a Lightweight Cargo by carrier of the UNITED STATES POSTAL SERVICE on the 21st day of May, 2018, as mailed from the POWLEDGE UNIT mailroom, to wit: "A 1 page STATEMENT FOR ORAL ARGUMENT: 17 pages APPELLANT'S BRIEF including table of Contents, Table of Authorities; Table of Rules, Codes, and Statutes; 1 page FINAL JUDGMENT; Step-One-Grievance No: 2015079421 and Step-Two of the same as Appendixes B and C; 18 pages plus 1 page Certificate of the LEGAL NOTICE AND DEMAND as Appendix D; Step-One-Grievance No: 2017081661 and Step-Two of the same as Appendixes L and M; Step-One-Grievance No: 2017086852 and Step-two of the same as Appendixes K and N: and NOTICE OF APPOINTMENT AS ADMINISTRATIVE LAW JUDGE as Appendix O.

Pursuant to Title 28 U.S.C.A. § 1746 (1), and Executed Without the United States, I affirm under the Penalty of Perjury, that the above and following are true, correct, complete, and not meant to mislead to the best of my knowledge and Belief.

Date; On this 21st day of May, 2018.          X _Muqtasid-Abdul: Qadir®_

CC/M.A.Q.                                        (witnesses)
CC/Assist. Atty. Gen. Austin, Texas       X _Ontario White_ 2011239
CC/Court of Appeals Second District of Texas   X _Collins Gundy_ 2153256

## CERTIFICATE OF SERVICE

A true and correct copy of this 'Affidavit of Mailing' was sent to the Assistant Attorney General P. TRENT PEROYEA, at Austin, Texas, and to the Court of Appeals Second District of Texas via U.S. Postal Certified Mail No: 7016 1370 0002 3704 0490

Date: On this 21st day of May, 2018          X _Muqtasid-Abdul: Qadir®_

_A Total of 58 pg._

## STATEMENT FOR ORAL ARGUMENT

Appellant/Plaintiff vehemently states his desire for Oral Argument in the matter regarding the particular issue of the EX PARTE filing, because it would aid the Court in its decisional process.

Said Appellant/Plaintiff had filed his "Amended Complaint" in a "Writ of Replevin" along with an Appointment As Administrative Law Judge thus appointing any judge whomsoever assigns himself or herself onto the case as the 'administrative law judge'; of which is an Ex Parte filing for a proceeding under the Administrative Procedure Act S7 under the 79th Congress, Title 5 U.S.C.A. § 556 and 3105 and the Intent of the 1789 JUDICIARY Act; and the M.G.L.A. (Mass) c. 30A (which govern proceedings before state administrative agencies). But, however, the 78th district court judge BARNEY FUDGE, had willfully violated his 'Administrative Judgeship' in his own court room in the case under number 187,261-B by signing the "FINAL JUDGMENT and ORDER" on JANUARY 2, 2018, against the Appellant/Plaintiff and in favor of the Defendants' Motion to Dismiss.

Appellant/Plaintiff declares that he filed an "ex-parte" matter where the 'hearing' on which the 78th district court can only hear is that of the Appellant/Plaintiff's Complaint. The 'job description' as an administrative law judge is to hear the Complaint per se, because the judge has only "One Form Of Action" (Administrative). Administrative functions or acts are distinguished from such as are judicial. PEOPLE EX REL. VAN SICKLE V. AUSTIN, 20 App. Div. 1, 46 N.Y.S. 526. See also EX PARTE McDONOUGH, 27 Cal. App. 2d. 155, 80 P. 2d. 485, 487.

CC/M.A.Q.
CC/Assist. Atty. Gen. P.TRENT TEROYEA
CC/Clerk, Court of Appeals Second District of Texas

Authorized Representative
X *Muqtasid-Abdul: Qadir*©
On Behalf of MUQTASID ABDUL QADIR©, Ens legis

IN THE COURT OF APPEALS SECOND DISTRICT OF TEXAS


NO: 02-18-00052-CV


MUQTASID ABDUL QADIR ,                          APPELLANT

                              VS.

MALCOLM A. WISE, JUSTIN D. WILLIS,              APPELLEES
ARLENE A FRANCO, CODY S. MILLER,
MOHAMED SARHANI, and JUDGE BARNEY
FUDGE,


FROM THE FINAL JUDGMENT OF THE 78TH DISTRICT COURT

———————————————————————————————————————————

APPELLANT BRIEF

———————————————————————————————————————————

## TABLE OF CONTENTS

PAGES

IDENTITY OF THE PARTIES . . . . . . 1

STATEMENT OF THE CASE. . . . . . . 1

ISSUE PRESNETD FOR REVIEW No.1. . . . . 2

STATEMENT OF THE FACTS. . . . . . . 2

SUMMARY OF THE ARGUMENT. . . . . . . 10

ARGUMENT. . . . . . . . . 10

REQUESTED RELIEF . . . . . . . 16

PRAYER. . . . . . . . . . 16

VERIFICATION. . . . . . . . 17

CERTIFICATE OF SERVICE . . . . . . 17

APPENDIX  A  FINAL JUDGMENT 1 page
APPENDIX  B  STEP-ONE-GRIEVANCE NUMBER: 2015079421
APPENDIX  C  STEP-TWO-GRIEVANCE NUMBER: 2015079421
APPENDIX  D  LEGAL NOTICE AND DEMAND along with CERIFICATE NUMBER: 11345882
APPENDIX  L  STEP-ONE-GRIEVANCE NUMBER 2017081661
APPENDIX  M  STEP-TWO-GRIEVANCE NUMBER: 2017081661-
APPENDIX  K  STEP-ONE-GRIEVANCE NUMBER: 2017086852
APPENDIX  N  STEP_TWO-GRIEVANCE NUMBER 2017086852-
APPENDIX  O  NOTICE OF APPOINTMENT AS ADMINISTRATIVE LAW JUDGE

TABLE OF AUTHORITIES

CASES                                                                    PAGES

ALLEN V. WRIGHT , 468  U.S. 737, 751 (1984).        .          .          15

AGUILAR V. CBASTAIN, 923 S.W. 2d. 740, 743-44 (Tex. App.-

Tyler 1996, writ denied).              .              .           .  .     15

AMAYA V. STANOLIND OIL & GAS CO., 158 F. 2d. 554, CERT. DENIED

67 S. CT. 1191, 331 U.S. 808, 91 L. Ed. 1828, rehearing denied

67 S.Ct. 1550, 331 U.S. 867, 91 L. Ed. 1871.        .          .          14

CORDONA V. STATE, 973 S.W. 2d. 412        .          .          .          14

GOLDSCHIDT A.G. V. SMITH, 676 S.W. 2d. 443 .        .          .          14

HUDSON V. PALMER, 468 U.S. 517, 534-35 (1984)      .          .          15

JOHNSON V. AVERY, 393 U.S. 483, 490 (1969)        .          .          6

MURPHY V. COLLINS, 26 F. 3d. 541, 543 (5th Cir. 1994)     .          15

PUBLIC UTILITY COM'N OF TEXAS V. GULF STATES CO., (Sup. 1991)

809 S.W. 2d. 201.        .          .          .          .          .     12

SCOTT,   209 S.W. 3d. at 266        .          .          .          .     13

U.S. V. KUN YUN JHO, 465 F. SUPP. 2d. 618 .        .          .          14

TEXAS HEALTH FACILITIES COM'N V. CHARTER MEDICAL-DALLAS, INC.,

(SUP.1984) 665 .S.W. 2d. 446        .          .          .          .     12

UNITED STATES V. INTERSTATE COMMERCE COMMISSION, 337 U.S. 426,

430 .        .          .          .          .          .          .     15

WRATH V. SMITH, 422 U.S. 490, 498 (1975) .        .          .          15

BIBICLE LAW EXODUS 22:1-2-3 and 4 .        ..        .          .          15
                                        ii

## TABLE OF RULES, CODES, STATUTES

| | PAGES |
|---|---|
| AMENDMENT 11TH TO THE UNITED STATES CONSTITUTION. | 2-3-10 |
| ADMINISTRATIVE PROCEDURE ACT. | 3-13-16 |
| 79TH CONGRESS. | 3-13-16 |
| TITLE 5 U.S.C.A. §§ 556 and 3105 | 3-13-16 |
| JUDICIARY ACT OF 1789. | 3-13-16 |
| M.G.L.A. (Mass) c. 30A | 3-13-16 |
| FEDERAL RULES OF CIVIL PROCEDURE RULE 2 | 3-10 |
| TEXAS CONSTITUTION ARTICLE I, § 19 and § 17 | 6 -15-16 |
| TITLE 18 U.S.C.A. §§ 781 et seq. and 1951 | 7-16 |
| JUDICIAL POWERS | 10-11-16 |
| TREATY. | 3-4-14 |
| TEXAS GOVERNMENT CODE § 2001.174 | 11-16 |
| TEXAS CIVIL PRACTICE & REMEDIES CODE CHAPTER 14 | 12-13 |
| BIBICLE LAW EXODUS 22: 1-2-3-4 | 15 |
| FEDERAL CONSTITUTION AMENDMENTS 5 and 14 TO THE UNITED STATES CONSTITUTION. | 15 |
| COMMON LAW. | 15 |
| FEDERAL RULES OF CIVIL PROCEDURE RULE 17 | 11 |

MUQTASID ABDUL QADIR©, Ens legis     §    IN THE COURT OF APPEALS SECOND
             Appellant                 DISTRICT OF TEXAS

Via The Beneficiary/Third Party Inter-§.: OF
venor Muqtasid-Abdul: Qadir©, and
Authorized Representative

                             §

VS.

MALCOLM A. WISE, JUSTIN D. WILLIS,    §     FORT WORTH, TEXAS
ARLENE A. FRANCO, CODY S. MILLER,
MOHAMED SARHANI, and Judge BARNEY
FUDGE
      Defandants'/Respondent

APPELLANT'S BRIEF PURSUANT TO THE TEXAS RULES OF APPELLATE PROCEDURE
RULES 36.1, 36.2. 36.3; and 38

TO THE RECORD EVIDENCE AND PROCEEDING IN THE COURT OF APPEALS:

Comes Now, MUQTASID ABDUL QADIR©, Ens legis via the Beneficiary/Third

Party Intervenor and Authorized Representative Muqtasid-Abdul: Qadir©, and files

his his Appellant's Brief and with respect thereto will show the following:

IDENTITY OF THE PARTIES:

MALCOLM A. WISE, JUSTIN D. WILLIS, ARLENE A. FRANCO, CODY S. MILLER, MOHAMED

SARHANI, Location, The JAMES V. ALLRED Unit at IOWA PARK, TEXAS, and Judge

BARNEY FUDGE, WHOM PRESIDES OVER THE 78TH DISTRICT COURT OF WICHITA FALLS,

TEXAS, and Representing Counsel for the Defendants' is P. TRENT PEROYEA, at

AUSTIN, TEXAS (Assistant Attorney General's Office).

STATEMENT OF THE CASE:

This is a suit for the Repossession of Personal Property and for Damages

in a Writ of Replevin. Plaintiff/Appellant's suit is filed on around or about

OCTOBER 11, 2017, with the intention of being filed in the Wichita Falls COUNTY

COURT. Citations is filed on the Defendants' by the Clerk on NOVEMBER30, 2017;

and the 78th district court's <u>FINAL JUDGMENT</u> Dismissal of the Plaintiff/Appellant's suit is signed and filed on <u>JANUARY 2, 2018</u>. See Final Judgment attached hereto as Appendix <u>A</u>.

<u>ISSUE PRESENTED FOR REVIEW NUMBER ONE</u>:

Is The Trial Court's Decision To Dismiss Plaintiff's Lawsuit As Frivolous Before Conducting A Hearing Reasonably Supported By Substantial Evidence, Considering The Reliable Probative Evidence In The Record As A Whole?

<u>STATEMENT OF THE FACTS</u>:

1. From the beginning, as of the Beneficiary and Third Party Intervenor, I, <u>Muqtasid-Abdul: Qadir©</u>, <u>avers</u> that I am a living flesh and blood sentient man, and have/had Not Expatriated myself from the Country of the United States of America, but, however, it is presumed by the 78th district court and all other courts' including this Court of Appeals, that I, <u>Muqtasid-Abdul: Qadir©</u>, have/had Expatriated myself from this Country (The United States of America), and therefore is considered to be an Enemy Combatant of the State.

2. I reiterate, I have not Expatriated myself from the Country of the United States of America, and I am not an Enemy Combatant of the State.

3. The 78th district court have no Judicial Powers because it is an Administrative court that is set up under the Administrative Procedure Act of 1946; and I, <u>Muqtasid-Abdul: Qadir©</u>, <u>negatively avers</u>, that there is nothing "in" or "on" the record that shows that I have/had Expatriated myself from the Country of the United States of America. And the 11th Amendment to the United States

Constitution of FEBRUARY 7, 1795 effectively altered Article III Section 2 of the Constitution. The 11th Amendment reads:"The Judicial Power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of any Foreign State." Therefore, the 78th district court only has "one action" as revealed by the Federal Rules of Civil Procedure Rule 2. See Federal Rules of Civil Procedure Rule 2.

4.     That, Plaintiff/Appellant files on OCTOBER 11, 2017 his "Amended Complaint" in a Writ of Replevin a "Notice of Demand of Appointment as Administrative Law Judge with the 78th district court judge or any Judge whom assigns himself or herself onto Plaintiff's case, pursuant to the Administrative Procedure Act S7 under the 79th Congress, and Title 5 U.S.C.A. §§ 556 and 3105 and the Intent of the 1789 JUDICIARY Act,and thus, appoints Judge BARNEY FUDGE, as Administrative Law Judge, and Plaintiff/Appellant files also a separate page "Notice of Appointment as Administrative Law Judge pursuant to Title 5 U.S.C.A §§ 556 and3105 and M.G.L.A. (Mass) c. 30A. See **Appendix O** attached hereto and herewith.

5.     That, also on OCTOBER 11, 2017, Plaintiff/Appellant files his "LEAGL NOTICE and DEMAND" (Contract in Admiralty Jurisdiction) along with his Original Complaint in Replevin; and said 'legal notice and demand' is also filed with the Secretary Of The State Of Texas on **JUNE 22, 2017**, under Document number: 747109210002 thus showing that the Secretary of State of Texas has/had agreed to and Signed onto this Contract and has issued under Apostille filing a "Certificate Number 11345882. this instrument is also on file with the WICHITA FALLS, **TEXAS Clerk's** Office under Civil Case No. 187,261-B. See Exhibit D attached herto and herewith.

6. Appellant avers that a State court order must yield when it is inconsistent with or impairs the policy or provisions of a treaty or International Compact or agreement; and, States that has signed treaty or expressed its consent to be bound is obliged to refrain from acts that would defeat object and purpose of the agreement.

7. The Secretary of The State Of Texas has put the Public on Notice of the Plaintiff/Appellant's treaty; and said Appellant has filed his Civil action to repossess his Personal Property and for Damages from the defendants' who wrongfully Taken and Unlawfully Detains his "Thick Grey Legal Book" with a Orange Colored Oblong Shape Figure on the front cover which contains 756 pages of 'several' different manuals, a "Black and White Composition Note Book" containing Plaintiff/Appellant's family members Names, Addresses, Telephone numbers, etc, Religious Lessons and Prayer Beads with the 78th district court, and thereby, gives also his 'notice' of the said treaty as well.

8. Plaintiff/Appellant avers that the 78th district court judge BARNEY FUDGE, DID THE AND THERE Intentionally, Knowingly, and Voluntarily avoided his "none discretionary duty" to conduct an Administartive Hearing of the Plaintiff/Appellant's claim before dismissing the suit and assessing the value of the property belonging to the Plaintiff, and thus, only adopts the defendants' "Proposed Motion to Dismiss" , and thereby showing No reasonable basis exist for the agency's action.

9. Plainifii/Appelliant avers that the following defendants' illegal acts' of taking his (Appellant) personal property amounts to "Theft by Extorion" and aiding and abetting each other under the quise of Safe Prison, e.g., defendant WISE, and defendant WILLIS, is assigned on JANUARY 25, 2017, to Search No. 18 Dorm

at 37 Bunk where Inmate THOMAS, PARNELL, lived at the time, and upon the Plaintiff/Appellant seeing the said two above named defendants' enter cubicle No. 37 bunk, he (Appellant) attempts to retrieve his "thick grey legal book" from inmate THOMAS, but defendant WISE, intervened and asked to see the book which Appellant complied with the request of defendant WISE, and after it was confirmed that the said book belonged to Appellant, defendant WISE, had gone to Appellant's cubicle at R dorm 55 bunk to conduct a search out-side of his (defendant WISE) job description or function of the 'Safe Prison' operation.

10. After leaving the said book in the Plaintiff/Appellant's cubicle and returning back to the Plaintiff/Appellant's cubic a few moments later, to conduct a search, he (defendant WISE) then leaves with the Plaintiff/Appellant's "thick grey legal book," "prayer beads," "black and white composition note book," "hot pot," "eye patch," and "medical knee brace," and radio.

11. Plaintiff/Appellant had 'initiated' the communication between himself and defendant WISE, about why was his "Medical Knee Brace" being taken from him, and defendant WISE, had stated:"You don't have a 'medical brace pass'. But when defendant WISE, was presented with the Plaintiff/Appellant's "Medical Pass" for the knee brace, defendant WISE, was then compelled to give back the said knee brace to the Plaintiff/Appellant.

12. Plaintiff/Appellant was asked for his signature to be made a part of the Confiscation Offender Property Form by the defendant WISE; and Plaintiff/Appellant had asked "Why wasn't his Thick Grey Legal Book added to the Confiscation form, and defendant WISE, had stated:"You are not going to get your book back 'because it was found in another inmate's cubic ."

13. Plaintiff/Appellant declares that it is Not a 'job description of the

defendants' under the guise of Safe Prison to just take Prisoners'/Appellant's "Legal Books or legal materials" from the prisoners/Appellant because the defendants' observes Appellant's legal book in another inmate's cubicle; Appellant continues that prisoners/inmates are allowed to help one another with their "legal work/filings" including loaning out books to each other which is also a form of help, as expressed by the United States Supreme Court in JOHNSON vs. AVERY, 393 U.S. 483, 490 (1969), and that the defendants' wrongful act of taking his (Appellant) 'thick grey legal book' and other property conflicts with the U.S. Supreme Court's holding and also conflict with the Texas Constitution Article I, § 19.

14. Appellant states that the Texas Constitution reads as follows: Texas Constitution Article I, § 19 provides: The people shall be secured in their person, houses, papers, and possession, from all <u>unreasonable seizures</u> or searches, and no Warrant to search any place, or to seize any person or thing, shall issue without describing them as near as may be, nor without probable cause, supported by oath or affirmation. And Article I, § 17 provides in pertinent part: "No Person's Property shall be taken, damaged or destoryed for or allied to public use without adequate compensation being made, unless by the consent of such person." .

15. The defendants' are operating a ring of "THEFT BY EXTORTION" under the guise of "safe prison", by extorting prisoners/Appellant property without affording Appellant the opportunity to send their/his property home to the free-world outside of the prison system; and not allowing Appellant to possess his property (Thick Grey Legal Book) without giving 'any' Notice(s) of any law or known law, TDCJ Policy, Rules, Inter-Office Communications (ICC) on any building located

at the JAMES V. ALLRED Facility prohibiting Appellant from possessing his property.

16. Appellant declares that the EXTORTION law provides:"The obtaining of property from another induced by wrongful use of actual or threatened force, violence, or fear, or under color of official right. Title 18 U.S.C.A. § 781 et seq. .§ 1951. A person is guilty of theft by extortion if he purposely obtains property of another by threatening to: (1) inflict bodily injury on anyone or commit any other criminal offense; or (2) accuse anyone of a criminal offense; or (3) expose any secret tending to subject any person to hatred, contempt or ridicule, or to impair his credit or business repute; or (4) take or withhold action as an official, or cause an official to take or withhold action; or (5) bring about or continue a strike, boycott or other collective unofficial action, if the property is not demanded or received for the benefit of the group in whose interest the actor purports to act; or (6) testify or provide information with respect to another's legal claim or defense; or (7) inflict any other harm which would not benefit the actor.

17. That neither defendants' had offered Appellant the opportunity to send his property out-side of the prison system (free-world).

18. Plaintiff/Appellant avers that on JANUARY 27, 2017, that he had filed his EMERGENCY GRIEVANCE No. 2017081661 against the Theft By Extortion in regard to his "Thick Grey Legal Book" with an Orange Colored Oblong Shape Figure on the Front Cover, containing 756 pages of different manuals and case law.

19. Appellant states:"That it is neither the job description or function of 'Safe prison' operation to take/confiscate certain property from inmates' without asking for some authorization property papers, and without issuing Confis-

cation Offender Property Forms because to do so amounts to Theft By Extortion.

20. Appellant avers, that on JANUARY 26, 2017, defendant WISE, had wrote a disciplinary case against him (Appellant) under case number: 20170156288 and charged said Appellant with the Possession of Contraband, i.e., an "Eye Patch" given to Appellant while at the JOHN B. CONNALLY unit from the Medical Department; a "Hot Pot" that was accidently broken by a Security Officer during the Statewide Shakedown at the JAMES V. ALLRED Unit; a "Black and White Composition Note Book" that was received through the mail in the year of 1999, when at the time, Inmates were allowed to receive 'composition note books, typing paper, writing pads, envelopes etc; a "Religious Write-up" against another fellow member of the Islamic faith; a "Radio"; and "Prayer Beads," all of which was the cause of the Appellant's lost of "Class in Custody from S3 to S4.

21. Appellant had also filed his 'Notice' with defendant FRANCO, and explained the miscoduct act committed by defendant WISE, in taking his (Appellant) "Thick Grey Legal Book", and not giving it back to the Appellant because it was located in another inmate's cubicle, and for not adding said book to the Disposition of Confiscated Offender Property form.

22. Appellant avers that the defendant FRANCO, is who 'graded' the disciplinary case No. 20170156288 and is also the one who responded to the Appellant's Step-One-Grievance No. 2017086852 which was submitted as Exhibit K attached to the Affidavit in Support.

23. Appellant avers that it is against the general rule to act outside the scope of Jurisdiction and without Authorization of law, and outside the Protocol of TDCJ for the defendant FRANCO, to exceed the power conferred on her by law, and that these acts committed by defendant FRANCO, is done with her knowledge of

the defendants' WISE, and WILLIS'S "Theft By Extortion.

24. Appellant avers that he filed his 'Step-One-Grievance' No. 2017086852 on FEBRUARY 7,,2017, against the violations' of his "Procedural Due Process Rights" to have defendant WISE,present during the Disciplinary Hearing, and to have his (Appellant) "Written Statement" read into the disciplinary hearing Record, and thus, showing that the Disciplinary Hearing Officer defendant MILLER'S, violations of the Appellant's 'procedural due process rights' e.g., right to be Confronted by adversed witness, and right to have Compulsory Witnesses in his (Appellant) favor. See Exhibit K attached thereto Appellant's Affidavit in Support.

25. On FEBRUARY 28, 2017, defendant FRANCO, had responded to the Appellant's 'Step-One-Grievance' No. 2017086852 as shown in the Appellant's Exhibit K and Affidavit at page 5, and is also attached hereto.

26. On MARCH 7, 2017, Appellant had filed his 'Step-Two-Grievance' No. 2017086852 of the same; and on MARCH 31, 2017, C.MARTINEZ , had filed a response to the Appellant's 'Step 2 grievance' as shown in the Affidavit in support, and is also attached hereto as Exhibit N.

27. Appellant avers that the defendant MILLER, had engaged in collusion with the other defendants' to "deprive permanently" his (Appellant) private personal property i.e., the said "thick grey legal book".

28. On MARCH 10, 2017, the defendant SARHAN, had OPENLY admitted in response to the Appellant's 'Step-One-Grievance' No: 2017081661 that the Appellant would

Foot Note:(1) Exhibits A and B are the 'Step 1 and 2 Grievances No: 2015074971; 2015079421 filed against defendant WISE, for a previous Religious Discrimination Act against the Appellant, and threatening to get rid of some of the Appellant's personal property. See Exhibits B and C attached hereto as well.

Not be getting the return of his Private Personal Property back to him (Appellant) i.e., the "thick grey legal book".

29. On APRIL 6, 2017, a person named MARK ROTH, had responded to the Appellant's 'Step-Two-Grievance' No. 2017081661.

30. Appellant had filed his 'step-two-grievance' on MARCH 14, 2017, in a continuance against the wrongful taking and unlawful detaining of his personal property.

SUMMARY OF THE ARGUMENT:

The above herein named defendants' acted outside their 'job descriptions' and 'jurisdiction' assigned to them by law and by TDCJ protocol and policy by wrongfully taking and unlawfully detaining Appellant's personal property, i. e., the aforementioned 'thick grey legal book' with a Orange Colored Oblong Shape Figure on the Front Cover, and thus, deprives permanently the said Appellant of his property.

ARGUMENT:

ISSUE PRESENTED FOR REVIEW NUMBER ONE:

Is The Trial Court's Decision To Dismiss Plaintiff's Lawsuit As Frivolous Before Conducting A Hearing Reasonably Supported By Substantial Evidence, Considering The Reliable Probative Evidence In The Record As A Whole?

According to the 11th Amendment to the United States Constitution which reads in pertinent part:"The Judicial Power of the United states shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of any Foreign State;" the 78th district court and/or judge only has 'one action' as revealed by the Federal Rules of Civil Procedure Rule 2-only one form of Action (Administrative), and Civil Actions can only be brought by the People and Not any

level of government. The Judicial Powers of the United States Constitution Amendment 11th of FEBRUARY 7, 1795, effectively altered Article III Section 2 of the Constitution. Plus, the court has No jurisdiction under Chapter 14 over the Plaintiffs or People. No level of government has ever introduced into any court action a real party in interest under rule 17 of the Federal Rules of Civil Procedure.

AS A MATTER OF THE TEXAS GOVERNMENT CODE § 2001.174

Review under the Substantial Evidence Rule or Undefined Scope of Review. If the law authorizes review of a decision in a contested case under the substantial evidence rule or if the law does not define the scope of judicial review, a court may not substitute its judgment for the judgment of the state agency on the weight of the evidence on the questions committed to the agency discretion but:

(1) may affirm the agency decision in whole or in part, and

(2) shall reverse or remand the case for further proceedings if Substantial rights of the Appellant have been prejudiced because the Administrative findings, inferences, conclusions, or decisions are:

(A) in violation of a Constitutional or Statutory provision;

(B) in excess of the agency's Statutory authority;

(C) made through unlawful procedure;

(D) affected by other error of law;

(E) not reasonalby supported by substantial evidence considering the reliable and probative evidence in the record as a whole; or

(F) arbitrary or capricious or characterized by abuse of discretion or clearly unwarranted exercise of discretion.

Foot note No. (2) On JANUARY 26, 2017, Appellant was called to the STG'S office by both defendants' WISE, AND WILLIS, who both told the Appellant that he would Not be getting his book back because it was found in another inmate's cubicle.

In applying the substantial evidence test to the agency's decision, the reviewing court is prohibited from substituting its judgment for that of the agency as to the weight of the evidence on the questions committed to the agency discretion. See Texas Health Facilities Com'n v. Charter Medical-Dallas, Inc., (Sup. 1984) 665 S.W. 2d. 446; Public Utility Com'n of Texas v. Gulf States Co., (Sup. 1991) 809 S.W. 2d. 201

1.    The defendants' and their representing assistant attorney general P. TRENT PEROYEA, has alleged that the Beneficiary Muqtasid-Abdul: Qadir ,the living flesh and blood man has failed to comply with the procedural requirements mandated by the chapter 14.004, on behalf of the (All CAP) Plaintiff MUQTASID ABDUL QADIR , ens legis Strawman, Vessel,Corporate fiction, specifically, failed to exhaust administrative remedies; to submit an Affidavit of previous lawsuits.

Question: "Do the 'Affidavit or Declaration of Previous Law Suits'submitted on behalf of the Plaintiff MUQTASID ABDUL QADIR , Ens legis not show that the procedural requirements mandated by the Chapter 14 of the Texas Practice & Remedies Code § 14.004 had been complied with, along with a 'statement' that it was submitted to the best of the Plaintiff's recollection, and that it was all that the plaintiff recalled at the time, and showing that neither previously filed lawsuits are substantially similar suits?"

2.    The defendants' and their representing assistant attorney general P. TRENT PEROYEA, has alleged that the Beneficiary Muqtasid-Abdul: Qadir , on behalf of the Plaintiff MUQTASID ABDUL QADIR , Ens legis failed to comply with the procedural requirements mandated by the chapter 14.005 of the Texas Civil Practice & Remedies Code.

Question: "Do the Affidavit in Support submitted by the Beneficiary, on behalf

of the Plaintiff MUQTASID ABDUL QADIR , Ens legis not show a statement in reference to the'dates' that the grievances were filed, and the 'dates' the written decisions were received?"See attached hereto Appendixes B, C. L, M, K and N.

3.    The defendants' and their representing assistant attorney general P. TRENT PEROYEA, has alleged that the Beneficiary, on behalf of the Plaintiff MUQTASID ABDUL QADIR ,Ens legis had failed to comply with the procedural requirements mandated by the Chapter 14.005 of the Texas Civil Practice & Remedies Code, and only mentioned grievances in the complaint that are not associated with the allegations (in the Amended Complaint).

Questions:"Do the 'Amended Complaint' at pages 4 and 5 paragraphs 18-19 and 20 not show Plaintiff's intention to file a Subpoena Duces Tecum to obtain the 'Audio Disciplinary Tape Recording' which would be presented as Exhibit G, TO DEMONSTRATE what was said by the Defendant CODY S. MILLER, during the disciplinary hearing on FEBRUARY 1, 2017; and that Exhibits B and C are the 'step 1 and 2' grievances No. 2015079421 which were both attached to the Plaintiff'sAffidavit in Support in regards to the ORIGINAL COMPLAINT and the AMENDED COMPLAINT?"

4.    Appellant avers that the trial court 'did not conduct' a hearing before it dismissed his lawsuit in a Writ of Replevin. See SCOTT, 209 S.W. 3d. at 266

5.    The 78th district court is an Administrative court that is set up under the Administrative Procedure Act of 1946. And pursuant to the Administartive Procedure Act S7 under the 79th Congress, and Title 5 U.S.C.A. §§ 556 and 3105 and the Intent of the 1789 Judicial Act and the M.G.L.A. (Mass)C. 30A, the 78th district court judge has been appointed as of the Administrative Law Judge under the Civil Action case number 187,261-B.

6. As of the Beneficiary, I have Not expatriated myself from the Country of the United states of America, and I am Not an Enemy Combatant of the State. And as of the Beneficiary, I have brought the suit under the case number 187,261-B under the 'International Hague Treaty'which was signed in 1981 by the former late United States President Ronald Reagan, and 'all courts' have signed onto it as well. See the Legal Notice and Demand attached hereto.

7. States that has signed treaty or expressed its consent to be bound is obliged to refrain from acts that would defeat object and purpose of the agreement. See U.S. V. KUN YUN JHO, 465 F. Supp. 2d. 618. A treaty is generally self-operating in that it requires no legislation by either Congress or the State. Amaya v. Stanolind Oil & G as Co., 158 F. 2d. 554, cert. denied 67 S.Ct. 1191, 331 U.S. 808, 91 L. ed. 1828, rehearing denied 67 S.Ct. 1550, 331 U.S. 867, 91 L. Ed. 1871. Treaty is a law of the United States of America to be given the same force and effect as any other law. CORDONA V. STATE, 973 S.W. 2d 412 A state court order must yield when it is inconsistent with or impair the policy or provisions of a treaty or an international Compact or agreement. See TH. GOLDSCHMIDT A.G. V. SMITH, 676 S.W. 2d. 443

8. The 78th district court had been provided with a copy of the treaty/legal notice and demand under the civil action number 187,261-B on NOVEMBER 30, 2017, along with with a notice of him being appointed as the Administrative Law Judge, but still decided to grant the defendants' Motion to Dismiss by adopting such, before Conducting an Administrative Hearing.

9. The defendants' and their representing assistant attorney general P. TRENT PEROYEA, has alleged that the Beneficiary, on behalf of the Plaintiff MUQTASID ABDUL QADIR , Ens legis claims lack a basis in law or fact.

Question: "Do Appendixes L and M which is under the Grievance,number 2017081666, IN THIS SUIT OF Replevin not show that the Beneficiary, on behalf of the Plaintiff MUQTASID ABDUL QADIR , Ens legis claims has a basis in fact and law by the response given by defendant MOHAMED SARHANI, which demonstrates that there is also an existing Property interest of a ligitimate claim of entitlement, and the showing of the wrongful taking and unlawful detaining of the aforementioned Property by and through filings of multible grievances?" See Bibicle Law at Exodus 22:1-2-3 and 4; the Texas Constitution Articles I, §§ 19 and 17; the United States Constitution Amendments 5 and 14; the Texas Government Code §501.007; and Common Law.

20. The said Beneficiary Muqtasid-Abdul: Qadir , the sentient flesh and blood man, on behalf of the Plaintiff (All Cap) MUQTASID ABDUL QADIR , Ens legis, Strawman, Corporate fiction claims personal injury by Commercial damage or loss by the defendants' wrongful taking and unlawful detaining the Plaintiff's personal property and deprivation permanently of the same. Beneficiray has Standing and is entitled to have the Court to decide the merits of the particular issues. See WRATH V. SMITH, 422 U.S. 490, 498 (1975); UNITED STATES V. INTERSTATE COMMERCE COMMISSION, 337 U.S. 426, 430; ALLEN V. WRIGHT, 468 U.S. 737, 751 (1984)

21. The defendants' and their representing assistant attorney general P. TRENT PEROYEA, alleges that their deprivation of the Plaintiff's property caused by their misconduct, as state officials, do not infringe on the rights of the Plaintiff's when there is an adequate state post-deprivation remedy, thus citing MURPHY V. COLLINS, 26 F. 3d. 541,543 (5th cir. 1994); HUDSON V PALMER, 468 U.S. 517, 534-35 (1984); AGUILAR V. CBASTAIN, 923 S.W. 2d. 740, 743-44 (Tex. App.-Tyler 1996, writ denied); and the Texas Government Code § 501.007 all of which relates only to the Lost or Damaged property.

22. Plaintiff negatively avers that there is nothing "in" or "on" the record that shows his claim for LOST or DAMAGED property within the Complaint in Replevin or Affidavit in Support. Plaintiff avers that his claim concerns the Wrongful taking and Unlawful detaining of his property which....none of the above authorities and code relates, and that his claim is "deprived permanently" which is by definition "Theft by Extortion."

RELIEF REQUESTED

Plaintiff seeks relief in the provisions of the Texas Government Code § 2001.174, and request also for the Court of Appeals to take Special Judicial Notice of the Facts as a Whole in relations to 2001.174 sections' (2) reverse and remand for further proceeding; (A), (D), and (E). And Judicial Notice that it was/is a Complaint in a Writ of Replevin that was filed and Not a 1983, and that the Plaintiff's property is 'taken and detained' in violation of a federal and state law or constitutional provision or treaty; Judicial Notice of the Administrative Procedure Act S7 under the 79th Congress and Title 5 U.S.C.A. §§ 556 and 3105 along with the JUDICIARTY Act of 1789 and the M.G.L.A. (Mass) c. 30A; Judicial Notice that the Plaintiff has given "Security in the form of a Surety Bond in Replevin"; Judicial Notice of the 11th Amendment to the United States Constitution Article III section 2 of the Constitution; Judicial Notice of the Extortion Law under Title 18 U.S.C.A. § 781 et seq. and § 1951; judicial Notice of the Texas Constitution Article I, § 19; and Judicial Notice of the United States Constitution Amendments' 5 and 14; and Judicial Notice that all that the Plaintiff wants is the return of the aforementioned "Thick Grey Legal Book" and nothing more, beside a ruling on the merits of the particular issues.

PRAYER:

16 of 17    Beneficiray/Third Party Intervenor
Authorized Representative

X _Muqtasid-Abdul: Qadre_____
on behalf of MUQTASID ABDUL QADIR©,
ens legis

## VERIFICATION

I, Muqtasid-Abdul: Qadir© do hereby verify that all the above facts and statements made herein are true, correct, and complete and is not meant to mislead are to the best of my knowledge and belief, pursuant to Title 28 U.S.C.A. § 1746 (1) without the United States and under the Penalty of Perjury.

Date: On the __21st__ day of __May__, 2018   X _Muqtasid-A. Qadir©_

Authorized Representative
on behalf of MUQTASID ABDUL QADIR©, Ens legis Appellant

## CERTIFICATE OF SERVICE

That, on the __21st__ day of __May__, 2018, I do hereby certify that a true and correct copy of the Appellant's Brief was sent to the Assistant Attorney General P. TRENT PEROYEA, whom represent the defendants' in the above style and numbered cause, and to the Court of Appeals Second District of Texas, by U.S. Postal Mail.

Date: On this __21st__ day of __May__, 2018   X _Muqtasid-A. Qadir©_

Authorized Representative
on behalf of MUQTASID ABDUL QADIR©, Ens legis Appellant

CC/M.A.Q.

CC/Assist. Atty. Gen. P.TRENT PEROYEA

CC/Second Court of Appeals

APPENDIX A

Patti Flores
District Clerk
Wichita County, Texas

Fran Findlay

## CAUSE NO. 187,261-B

| | | |
|---|---|---|
| Muqtasid Abdul Qadir,<br>*Plaintiff,* | § | In the District Court of |
| | § | |
| | § | |
| v. | § | Wichita County, Texas |
| | § | |
| Malcolm A. Wise, *et al.,* | § | |
| *Defendants.* | § | 78th Judicial District |

## FINAL JUDGMENT

On this day came to be considered Defendants **Malcom Wise, Justin Willis, Arlene Franco, Cody Miller, and Mohamed Sarhani's** *Motion to Dismiss Pursuant to Chapter 14 of the Texas Civil Practice & Remedies Code.* It is hereby **ORDERED** that Plaintiff's entire suit is **DISMISSED AS FRIVOLOUS** and for failure to comply with Chapter 14 of the Texas Civil Practice and Remedies Code. The court denies all relief not expressly granted in this judgment. This Order disposes of all claims and all parties to this suit and will operate as a **FINAL JUDGMENT**.

**SIGNED** on this the 2 day of Jan. , 2018.

/s/ Barney Fudge

JUDGE PRESIDING

Rec'd on
February 1, 2018
M.K.Q.

APPENDIX B

# Texas Department of Criminal Justice

## STEP 1    OFFENDER GRIEVANCE FORM

Qadir, Muqtasid

| OFFICE USE ONLY |
|---|
| Grievance #: 2015079421 |
| Date Received: JAN 22 2015 |
| Date Due: MAR 03 2014 |
| Grievance Code: 812 |
| Investigator ID #: I-1456 |
| Extension Date: |
| Date Retd to Offender: FEB 27 2015 |

Offender Name: MUQTASID A. QADIR     TDCJ # 743563

Unit: ALLRED     Housing Assignment: 18-R-55

Unit where incident occurred: ALLRED

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Sgt. Tadford     When? January 9, 2015

What was their response? Go Back to Your Building

What action was taken? None

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

JAN 22 2015      RESUBMITTED

JAN 22 The basis of this Grievance is against Officer Wise's act of Misconduct by thrusting forth his authority to supersede the "Religious Freedom Litigation Act," the Official Layin Pass, and the Clipper Shave Pass perscription/direction." On Friday, January 9, 2015, and at exactly 1:55 p.m., Officer Wise prevented me from passing through the A-Turnout gate to attend my Religious Jumah Service because of his disagreement with the perscribed length of my Beard, of which is always kept in Compliance with the Medical Policy. Upon request, I had presented both my Clipper Shave Pass and my Official Layin for Jumah Service to Officer Wise. Officer Wise then asked me: "When was the last time you shaved," and I stated Saturday and just this morning (January 9, 2015) and that my disability to shave my face as close as I or he would like Cannot be done without causing myself to suffer from extremely Large Lumps underneath my facial skin, and not without causing damage to my facial skin by Crevices. Officer Wise stated:" I'm not letting you go to your layin until you shave all of the hair from your face." I then had asked Officer Wise to call for a Ranking Officer and he refused to do so. I stated that I would write his misconduct up, and he threatened to send me to No. 11 building and he stated: I Hope That You Have A Lot Of Property Because I'll See About Getting Rid Of Some Of It For You." I stated to Officer Wise repeatedly, that I wanted to address the matter of attending my Religious Service, and Officer Wise replied: Just wait a few minutes. The process of waiting went on, every 15 minutes, until 3:05 O'Cock P.M., the Jumah Religious Service was over. Then Officer Wise had gone and said a few words to Sgt. Tadford who told me to go back to the building without realizing what Officer Wise had done. JAN 22 2015

JAN 22 2015

---

I-127 Front (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Appendix F

JAN 22 2015

JAN 22 2015

**Action Requested to resolve your Complaint.**
I want this grievance process as it should have been on Jan. 13, 2015; and Officer Wise to re-
spect my Religious Service Layins and my Clipper Shave Pass.  JAN 22 2015
Offender Signature: MUQTASID A. QADER                               Date: Januray 15, 2015
JAN 22 2015
**Grievance Response:**

THE INVESTIGATION OF THIS GRIEVANCE IS COMPLETE. OFFICER WISE ACTED APPROPRIATELY
REGARDING HAIR GROWTH ON YOUR FACE WHICH WAS NOT COMPLIANT WITH YOUR CLIPPER SHAVE PASS
FROM THE MEDICAL DEPARTMENT. HOWEVER, YOU REFUSED TO COMPLY WITH THE ORDER TO RETURN TO
YOUR BUILDING TO SHAVE. NO FURTHER ACTION IS WARRANTED.

JAMES ANDERS
ASSISTANT WARDEN

**Signature Authority:** _____            Date **FEB 2 7 2015**
If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

**Returned because:**      *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:**_____

I-127 Back (Revised 11-2010)

| **OFFICE USE ONLY** | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| **2nd Submission** | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

Appendix F

*Exhibit C* *Original* APR 30 2015



# Texas Department of Criminal Justice
# STEP 2    OFFENDER
## GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2015079421

UGI Recd Date: MAR 19 2015

HQ Recd Date: MAR 20 2015

Date Due: 4/23

Grievance Code: 812

Investigator ID#: I.1335

Extension Date:

Offender Name: MUQTASID A. QADIR    TDCJ#: 743563

Unit: ALLRED    Housing Assignment: 18-R-55

Unit where incident occurred: ALLRED

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

This Step-Two-Grievance No.2015079421 is against the So-Called investigation allegedly conducted by Assistant Warden James Anders. Assistant warden Anders intentionally failed to conduct even a reasonable investigation into the matters within my 'Step-One-Grievance', and only take side with Officer Wise's fabricated statement which do Not conform with the apparent fatcs of the matters. Had Assistant Warden Anders actually conducted an apparent investigation into these matters as authorized and required by the "Standard of Treatment of Prisoners" Standard 23-1.2(a)(iv)-(v), and (b)(i)(ii), he would have discovered that the growth of my Beard was Compliant with my Clipper Shave Pass and that Officer Wise Refused to Call for Rank upon my Request; and that had I refused to return back to my assigned building at the Order of Officer Wise, he Officer Wise would have Not let such a matter go without writing meea disciplinary action for some type of punishment for failure to obey an Order; and that had Assistant Warden conducted a reasonable investigation he would have also discovered that Officer Wise intentionally and knowingly violated the Establishment Clause of the First Amendment to the United States Constitution 'Amendment 1, by his preventing me from attending my Religious Service regardless of his prejudice against Islam; and he (Assistant Warden Anders) would have further discovered that Officer Wise deliberately had me standing outside in the Cold weather for the whole time until my Religious service was over, and then he (Officer Wise) decided to persuade Sgt. Tadford to order me to return back to my assigned building, in which Sgt. Tadford did, and Not Officer Wise. Officer Wise knew that he had deliberately Dishonored the Official Lay Pass to my Religious Service and my Official Medical Clipper Shave Pass which was his reason for Not calling for Rank in the first place.

I-128 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

**Offender Signature:** MUQTASID A. QADER      **Date:** March 13, 2015

**Grievance Response:**

Rec'd
April 30, 2015
M. A. Q.

Your Step 1 grievance investigation and response has been reviewed by this office and found to be appropriate and correct. There was no evidence found to support your claims of denial. No evidence of staff misconduct or policy violation found and no further action warranted.

**Signature Authority:** _[signature]_    WREN HOWARD    APR 13 2015    **Date:** _____

**Returned because:**    *Resubmit this form when corrections are made.*

☐ 1. **Grievable time period has expired.**

☐ 2. **Illegible/Incomprehensible.***

☐ 3. **Originals not submitted.** *

☐ 4. **Inappropriate/Excessive attachments.***

☐ 5. **Malicious use of vulgar, indecent, or physically threatening language.**

☐ 6. **Inappropriate.***

**CGO Staff Signature:** _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ___ Screened ___ Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **2nd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ___ Screened ___ Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ___ Screened ___ Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |

I-128 Back (Revised 11-2010)      **Appendix G**

APPENDIX L

EXHIBIT L    APPENDIX L

# Texas Department of Criminal Justice

## STEP 1    OFFENDER GRIEVANCE FORM

Qadir, Muqtasid

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2017081661 |
| Date Received: | JAN 31 2017 |
| Date Due: | MAR 12 2017 |
| Grievance Code: | 512 |
| Investigator ID #: | I-1456 |
| Extension Date: | |
| Date Retd to Offender: | MAR 10 2017 |

Offender Name: MUQTASID A. QADIR _____ TDCJ # 743563

Unit: ALLRED _____ Housing Assignment: ~~18-R-55~~

Unit where incident occurred: ALLRED    7G48B

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? STG WISE & WILLIS _____ When? January 25, 2017

What was their response? Your Book was initially found in another Inmate's cubic.

What action was taken? You're not getting your book back.

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

JAN 31 2017

"EMERGENCY GRIEVANCE"

The basis of this 'Step Grievance Number One' is an Emergency against the "Theft by Extortion' committed against SP0 Officer Wise on January 25, 2017, while he (Wise and Willis) was on an assignment to search 18-R-37 Cubicle. Officer Wise has finally carried out his 'threat' made to me in 2015, by taking a "Legal Book" with Case citings, procedures, and rules and will not return my book back to me because he says: It was initiallyfound in 37 cubic." See Grievance No. 2015079421. There is No law, rules, policies, or regulations prohibiting one prisoner from helping or loaning another inmate his Book for educational purposes. See United States Supreme Court Ruling Johnson v. Avery 393 U.S. 483, 490 (1969). Proof of Officer Wise's attempt is: Wise with intentionally,knowingly failed to Put or include my 'Thick Grey Book' onto the Confiscation Form. My book contains: Law of Authority; Now before the Judge;Proof of Claims,(ACD) Administrative Claim Demand; Case Citings, etc., and it has an ORANGE Oblong figure on the front Cover. On said date, I had asked inmate Thomas while in the presence of both officer Wise and Willis, for the return of my book, then Officer Wise said let me see the book and I gave it to him, and said my name is on all sides of the book; and officer Wise asked me for my ID affirmation of the truthfulness of my assertion. Then after a moment, officer Wise had carried my Book back to my cubicle, at the time, 18-R-55 put the book on my bunk and returned back to 37 bunk to get something, he then began to conduct a search in my cubicle. The cameras will reveal 'all that I say' in this regard. Officer Wise had exercised a "neutral government interest" in taking my 'legal book' because of some dislike of a particular idea and of my way of life. I uses those case citings and concepts in my litigations in all courts all over the Country (United States)and none has ever complained about me expressing myself by using the information contained within my book. Officer Wise had taken full advantage to seize the opportunity as he had previously promised on January 9, 2015.

JAN 31 2017

127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    JAN 31 2017 (OVER)

Officer Wise's statement to me was" I Hope That You Have a Lot Of Property Because I'll See About Getting Rid of some Of It For You." And that he is now a part of Safe Prison, he's allowed himself to be above the law. There are No records of any wrongs acts, violations, fraudulent filings, or harm done to anyone by me from the Sheriff, District Attorney, State Attorney General's Office, County Attorney, Police Departments etc. "The Only excuse used for Not returning my book back to me is that it was initially found in 37 cubicle."

JAN 31 2017

JAN 31 2017

TRUCK MAIL

JAN 31 2017

**Action Requested to resolve your Complaint.**
I am requesting for a freeze/hold on the cameras recording the incident on January 25, 2017 while at 18 Dorm R dorm 37 and 55, and that my be retuned back to me.   JAN 31 2017

Offender Signature: ___Muqtased A. Qadir___        Date: __January 27, 2017__

**Grievance Response:**

The investigation of this grievance is complete. The book in question was found in another offender's possession with your name on it. It was appropriately confiscated due to containing sovereign citizen material, in which you are not allowed to possess. Additional contraband was found in your possession and was appropriately confiscated on said date. All of these things were explained to you, and you received the appropriate disciplinary for such. Furthermore, there was no evidence found to suggest employee misconduct by Officer Wise and-or any other staff members of the JA-SPPO (James V. Allred Safe Prisons office). The items in question will not be returned to you. This is for your information. No further action is warranted.

Signature Authority: _____        Date: __MAR 10 2017__

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Mohamed Sarhani**
**Assistant Warden**

Returned because:        *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance # _____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

**OFFICE USE ONLY**

Initial Submission _____ UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

2nd Submission        UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

3rd Submission        UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

I-127 Back (Revised 11-2010)

Appendix F

APPENDIX M



# Texas Department of Criminal Justice
# STEP 2    OFFENDER GRIEVANCE FORM

Offender Name: MUOTASID A. OADIR    TDCJ # 743563

Unit: ALLRED    Housing Assignment: 7-G-48-B

Unit where incident occurred: ALLRED

**OFFICE USE ONLY**

Grievance #: 2017081661

UGI Recd Date: MAR 1 5 2017

HQ Recd Date: MAR 1 7 2017

Date Due: 4-24

Grievance Code: 512

Investigator ID#: 12434

Extension Date: _____

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** - *I am dissatisfied with the response at Step 1 because...*

This 'Step-Tow-Grievance' is submitted because of the 'Unclean Hands" findings of Assistant Warden Mohamed Sarhani, in the "Emergency Step-One-Grievance" No: 2017081661 wherein Assistant Warden Sarhani, did then and there Knowingly, Intentionally, and willfully ignored Safe Prison Officer Wise's, misconduct in violating the TDCJ-CID Policy and Regulation of Issuing Confiscation Papers whenever taking Inmates' Property for whatever reason(s). Assistant Warden Sarhani, knew or should have known via proper and meaningful investigation, that Officer Wise, only used his position to retaliate against me because of a previous matter as set out in 'Step-one-grievance' No: 2015079421. Assistant Warden Sarhani, rather than conducting a proper and meaningful investigation by 'review of the camera' on that date (January 25, 2017), to ascertain if my book was actually found in Thomas's cubic (as in something search out or looked for), he only adopted the fabricated conflicting lie(s) told to him. There is No Law enacted by the State's Legislature Prohibiting me or anyone else, from having any such material for reading or studing and there are No Posted Rules as such as Inter-Office Communication (IOC) anywhere, e.g., No and Posted rules or laws at No. 1 bldg., No. 3 bldg., No. 4 bldg., No. 7 bldg., No. 8 bldg., No. 18 Dorm, No. 19 Dorm, No. 10 bldg., No. 11 bldg., No. 12 bldg., nor at High security including the Unit's Law Library. So, how was I supposed to have known of such prohibition(s) prohibiting me from having any possession of such material(s)? And why wasn't I given a Disciplinary Case for possession of such material if I am Not to possess it? And why wasn't I informed of the nature and cause of such if there are Rules, Policies, Regulations or Laws? Assistant Warden Sarhani, suggests that things were explained to me about these matters. My position is, when, where, and how prior to the taking of my Book? And by whom? I want my book back inot my possession

Recd April 20, 2017
M.A.Q.

I-128 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

**Offender Signature:** _MUQTASID  A.  QADIR_  **Date:** _March 14, 2017_

**Grievance Response:**

Rec'd
April 20, 2017
M.A.Q.

Your Step 1 grievance investigation and response has been reviewed by this office and found to be appropriate and correct. You were properly advised in your step 1 grievance response. No evidence of staff misconduct, retaliation, or policy violation found; therefore no further action warranted.

**MARK ROTH**

**Signature Authority:** _____  **Date:** _APR 0 6 2017_

---

**Returned because:** *Resubmit this form when corrections are made.*

☐ 1. **Grievable time period has expired.**

☐ 2. **Illegible/Incomprehensible.***

☐ 3. **Originals not submitted.** *

☐ 4. **Inappropriate/Excessive attachments.***

☐ 5. **Malicious use of vulgar, indecent, or physically threatening language.**

☐ 6. **Inappropriate.***

**CGO Staff Signature:** _____

<table>
<tr><td colspan="2" align="center"><b>OFFICE USE ONLY</b></td></tr>
<tr><td><b>Initial Submission</b></td><td><b>CGO Initials:</b> _____</td></tr>
<tr><td colspan="2">Date UGI Recd:_____</td></tr>
<tr><td colspan="2">Date CGO Recd:_____</td></tr>
<tr><td colspan="2">(check one) ____ Screened ____ Improperly Submitted</td></tr>
<tr><td colspan="2">Comments:_____</td></tr>
<tr><td colspan="2">Date Returned to Offender:_____</td></tr>
<tr><td><b>2nd Submission</b></td><td><b>CGO Initials:</b> _____</td></tr>
<tr><td colspan="2">Date UGI Recd: _____</td></tr>
<tr><td colspan="2">Date CGO Recd:_____</td></tr>
<tr><td colspan="2">(check one) ____ Screened ____ Improperly Submitted</td></tr>
<tr><td colspan="2">Comments: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td><b>3rd Submission</b></td><td><b>CGO Initials:</b> _____</td></tr>
<tr><td colspan="2">Date UGI Recd: _____</td></tr>
<tr><td colspan="2">Date CGO Recd:_____</td></tr>
<tr><td colspan="2">(check one) ____ Screened ____ Improperly Submitted</td></tr>
<tr><td colspan="2">Comments:_____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
</table>

APPENDIX K

# Texas Department of Criminal Justice

## STEP 1    OFFENDER GRIEVANCE FORM

*Qadir, Muqtasid*

| OFFICE USE ONLY |
|---|
| Grievance # 2017086852 |
| Date Received: FEB 09 2017 |
| Date Due: MAR 11 2017 |
| Grievance Code: 411 |
| Investigator ID #: I-1456 |
| Extension Date: |
| Date Retd to Offender: MAR 01 2017 |

Offender Name: MUQTASID A. QADIR     TDCJ # 743563

Unit: ALLRED     Housing Assignment: ~~12~~ 7G 49 B

Unit where incident occurred: ~~XXXXXXXX~~ ALLRED

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? DHO CAPTAIN MILLER, & COUNSEL SUB.    When? ~~Feb. 1, 2017. Feb. 1-2~~

What was their response?    NONE

What action was taken?    NONE

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

FEB 09 2017     DISCIPLINARY CASE NUMBER 20170156288

The basis of this "Step-One-Grievance" is against the violation of my Procedural Rights' to have Officer Wise, called into the 'disciplinary hearing' for questioning; and to have my "Written Statement" introduced into the disciplinary hearing record under the above case number.

The Disciplinary Hearing Officer, Capt. Miller, under the above case number threatened to increase the Punishment against me if I chose to request for officer Wise, to attend the hearing for questioning, concerning whether or not, he (Wise) had asked me for my Property Papers before confiscating my property on JANUARY 25, 2017; and to have my 'written statement' introduced into the 'disciplinary hearing record. The Texas Constitution Article I, § 10 provides: "In all criminal prosecution, the accused shall be confronted by witnesses against him. See also Federal Constitution Amendment 6th to the United States Constitution. Under the same aforesaid Constitutions', my right was violated by the DHO's threatening to increase the punishment if I introduced my "Wrtten Statement" into the 'Disciplinary Hearing Record. My 'written statement' is my Declaration which contradicts Officer Wise's, Defraudings; and also violates my Procedural Right to have Compulsory Witnesses in my favor; My 'Property Papers' are my 'witnesses,' but the DHO refused to accept and review them. The Disciplinary Hearing Audio Recording will reveal that I only pled 'guilty' to the Possession of the Radio' per se, and will also reveal that the DHO did threaten to increase the punishment if I had requested for officer Wise's, presence at the hearing, and that if I wanted my 'written statement' introduced into the hearing record.

The Standard on Treatment of Prisoners, Standard 23-1.1(d) provides: "Correctional authorities should respect the human rights and dignity of prisoners. No prisoner should be subject to cruel, inhumane, or degrading treatment or conditions; Standard 23-1.2(a)(iv) In order to effectuate these principles, correctional authorities should provide prisoners with: freedom

FEB 09 2017

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

FEB 09 2017

from Staff harassment and invidious discrimination.

FEB 09 2017

FEB 09 2017

**Action Requested to resolve your Complaint** I'm requesting that the Disciplinary Hearing Audio Recording be reviewed by a competent impartial Authority, and this case be overtruned, and if any punishment rendered, so be it minor

**Offender Signature:** Muqrasin A. Qader      **Date:** February 7, 2017

**Grievance Response:**

[Rec'd March 1, 2017 / M.A.Q.]

Your allegations were considered. However, investigation of disciplinary report #20170156288 shows that sufficient evidence was presented at the hearing to justify the finding of guilt and the penalties imposed by the disciplinary hearing officer. No significant procedural or technical errors were noted.

MAR 01 2017

**A. FRANCO**

**Signature Authority:** _A. Franco_      **Date:** 2/28/17

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

| OFFICE USE ONLY | |
| --- | --- |
| Initial Submission | UGI Initials:____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Rec'd from Offender: | |
| Date Returned to Offender: | |
| **2nd Submission** | UGI Initials:____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Rec'd from Offender: | |
| Date Returned to Offender: | |
| **3rd Submission** | UGI Initials:____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Rec'd from Offender: | |
| Date Returned to Offender: | |

I-127 Back (Revised 11-2010)

Appendix F

APPENDIX N

APR 1 1 2017



**Texas Department of Criminal Justice**

# STEP 2

Qadir, Muqtasid

**OFFENDER GRIEVANCE FORM**

Offender Name: MUQTASID A. QADIR          TDCJ #743563

Unit: ALLRED          Housing Assignment: 7-G-48-B

Unit where incident occurred: ALLRED

OFFICE USE ONLY

Grievance #: 2017086852

UGI Recd Date: MAR 0 9 2017

HQ Recd Date: MAR 1 3 2017

Date Due: 04-08

Grievance Code: 411

Investigator ID#: 10742

Extension Date:

---

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

---

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

The basis of this 'Step-Two-Grievance' No. 2017086852 is against the Void Response made by Assistant Warden A. Franco, in my 'Step-One-Grievance' on February 28, 2017, and received on March 1, 2017. Assistant Warden A. Franco, Intentionally and Willfully addressed the 'Disciplinary Offense Report' rather than addressing and responding to the Procedural Errors as such as the "Disciplinary Hearing Officer Captain Miller's," violation of my Due Process Right to be Confronted by adversed witness, to wit: Safe Prison Officer Malcolm A. Wise, attendance to the hearing; and by violation of my Procedural Due process Right to have Witness in my favor; e.g., via questioning, it would have brought out the fact that Officer Wise, never asked me for any Property Papers before taking and confiscating anything; and 2. That Officer Wise's action(s) was done out of Retaliation and Harassment because of his (Wise) vendeta against me from the incident and Grievance filed against him (Wise) in January 9, 2015, under number: 2015079421. The 'Disciplinary Hearing Audio Tape Recording' under Disciplinary Case number: 20170156288 reveals that the DHO openly stated to me that if I wanted to have Officer Wise, present at the hearing, and if I wanted my Statement read into the Record, he (DHO) would increase the punishment against me. But this is Not what Assistant-Warden A. Franco, refers to in her response to my 'step-one-grievance'. She somehow, Compounds the Initial Procedural Errors by Creating her own egregious error in first being the 'one person' who Graded the Disciplinary Case to being a Major Case against me, and then turns right around and Deny any Relief in my 'Step-One-Grievance' with her response. Talking about a Classical case of being judge (grading the case), jury (watching the enforcement of disciplinary being carried out), and executioner (lowering the guilotine by dropping the heavy blade down on its victim), and thus, demonstrating bias and prejudice against me.

---

I-128 Front (Revised 11-2010)          **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**          (OVER)

**Offender Signature:** MUQTASID A. QADIR.      **Date:** March 7, 2017

**Grievance Response:**

*Rec'd
April 10, 2017
MrMcQ.*

Major Disciplinary Case #20170156288 has been reviewed. The disciplinary charge was appropriate for the offense and the guilty verdict was supported by a preponderance of the evidence. All due process requirements were satisfied and the punishment assessed by the Disciplinary Hearing Officer (DHO) was within agency guidelines. Records indicate that you were present at the hearing and plead guilty; furthermore, you failed to present any non-frivolous evidence at the hearing. Your failure to present non-frivolous evidence to contradict the Disciplinary Report, permitted the report to be the only evidence necessary to find you guilty at the hearing. No further action is warranted in this matter.

**Signature Authority:** C. MARTINEZ      **Date:** 3/31/17

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

<table>
<tr><td colspan="2" align="center"><b>OFFICE USE ONLY</b></td></tr>
<tr><td><b>Initial Submission</b></td><td><b>CGO Initials:</b> _____</td></tr>
<tr><td colspan="2">Date UGI Rec'd: _____</td></tr>
<tr><td colspan="2">Date CGO Rec'd: _____</td></tr>
<tr><td colspan="2">(check one) ____ Screened ____ Improperly Submitted</td></tr>
<tr><td colspan="2">Comments: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td><b>2nd Submission</b></td><td><b>CGO Initials:</b> _____</td></tr>
<tr><td colspan="2">Date UGI Rec'd: _____</td></tr>
<tr><td colspan="2">Date CGO Rec'd: _____</td></tr>
<tr><td colspan="2">(check one) ____ Screened ____ Improperly Submitted</td></tr>
<tr><td colspan="2">Comments: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td><b>3rd Submission</b></td><td><b>CGO Initials:</b> _____</td></tr>
<tr><td colspan="2">Date UGI Rec'd: _____</td></tr>
<tr><td colspan="2">Date CGO Rec'd: _____</td></tr>
<tr><td colspan="2">(check one) ____ Screened ____ Improperly Submitted</td></tr>
<tr><td colspan="2">Comments: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
</table>

I-128 Back (Revised 11-2010)                    **Appendix G**

APPENDIX O

APPENDIX O

CERTIFIED MAIL No: 7016 1370 0002 3704 8991

WICHITA FALLS COUNTY COURT
WICHITA FALLS, TEXAS

CIVIL ACTION NO: 187,261-B

| | | |
|---|---|---|
| MUQTASID ABDUL QADIR©, | § | |
| Plaintiff | | |
| Muqtasid-Abdul: Qadir, Beneficiary§ and Third Party Intervenor Relator | | NOTICE OF APPOINTMENT AS ADMINISTRATIVE LAW JUDGE |
| | | AND |
| VS. | § | |
| | | ENTRANCE OF ALL FILINGS INTO THE RECORD EVIDENCE AND PROCEEDINGS. |
| MALCOLM A WISE, JUSTIN D. WILLIS, | § | |
| ARLENE A FRANCO, CODY S. MILLER, | | |
| And MOHAMED SARHANI, | § | |
| DEFENDANTS' | | |

TO THE RECORD EVIDENCE AND PROCEEDINGS OF THE COURT:

Comes now, Muqtasid-Abdul: Qadir©, a real Party in Interest as Relator and Third Party Intervenor in the above style and numbered case 187,261-B, herein designates by SPECIAL APPOINTMENT any Judge whom presides over this case as "ADMINISTARTIVE LAW JUDGE" in Accordance with the Administrative Procedure Act, Title 5 U.S.C.A. §§ 556 and 3105 and M.G.L.A. (Mass) c. 30A under the 79th Congress and 'demand' that all filings, not limited to, the Original Replevin Complaint, Affidavit In Support; Order Authorizing Writ of Replevin; Statement of Responsibility; Legal Notice and Demand; and Surety Bond be Entered into the record Evidence and the Proceedings.

Dated: NOVEMBER 27, 2017          X _Muqtasid-Abdul: Qadir©_

CERTIFICATE OF SERVICE

A true and correct copy of the foregoing was sent to the Clerk and Court via UPS Certified Mail No: 7016 1370 0002 3704 8991.

Dated: NOVEMBER 27, 2017          X _Muqtasid-Abdul: Qadir©_

APPENDIX D

## NOTICE

FOR LEGITIMACY OF THE <u>APOSTILLE</u> VERIFICATION
TO THIS INSTRUMENT UNDER NUMBER: 747109210002,
PLEASE CONTACT SECRETARY OF STATE OF TEXAS

---

### THIS IS A LEGAL NOTICE AND DEMAND



**FIAT JUSTITA, RUAT COELUM**
(Let right be done, though the heavens should fall)

To: All State, Federal and International Public Officials,

NON WAR POWERS
ACT FLAG

### THIS IS A CONTRACT IN ADMIRALTY JURISDICTION

I, <u>Muqtasid-Abdul: Qadir</u>, Secured Party the Undersigned herein requests that you present anything that you say to me be put into writing, signed under the Penalty of Perjury as required by your law as shown in this Legal Notice and Demand (herein Contract).

The Undersigned tendering this document is a Secured Party Creditor in fact; and Not a Strawman, Vessel in Commerce, Corporate Fiction, legal Entity,Ens Legis, or Transmitting Utility of, for, by, or to the "united States of America", the government of the United States", as created in the original "Constitution for the united States of America",Circa 1787, the "State of Texas", i.e.,"Republic of Texas", or to your "UNITED STATES Corporation", also known as the corporate "United States," "Corporate USA", "United States, Inc", or by whatever name, same may currently be known or hereafter named, or any of the subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-corporations, and any de facto Compact (Corporate) commercial STATES contracting therein, including the "STATE OF TEXAS", or by whatever name may currently be known or be hereafter named, and the like. Further, the Undersigned Secured Party is Not a citizen within; Surety for; subject of; and does Not owe allegiance, fealty, bond, undertaking, obligation, duty, tax, impost, or tribute to your "<u>UNITED STATES CORPORATION</u>", also known as the Corporate "UNITED STATES", "Corp. USA"," United States, Inc"; or by whatever name it may currently be known or be hereafter named, (exclusive of the "united States of America" and the government of the United States as created in the original "Constitution for the united States of America, circa 1787"), or any of its agencies, or sub-corporations, including but not limited to any de facto compact (corporate) commercial STATES contracting therein, including the "STATE OF TEXAS", or by whatever name it may currently be known or be hereafter named (exclusive of the 'State of Texas", i.e., "Republic of Texas"), and the like. Now being a matter of public record.

The Vessel in commerce known as MUQTASID ABDUL QADIR©, is a trust created by the Government for the sole benefit of the Secured Party; MUQTASID ABDUL QADIR©, is a beneficiary direct trust, for which Muqtasid-Abdul: Qadir©, is the sole beneficiary. MUQTASID ABDUL QADIR©, was created using the same letters as are used to spell the name of Secured Party Creditor i.e., Muqtasid-Abdul:Qadir© the only difference between the spelling of the two being that the name of the Vessel in commerce is written in all capital letters, and the same name of the Secured Party is written in the upper and lower case letters. MUQTASID ABDUL QADIR©, is also known by a Social Security Number which is comprised of Nine (9) numeric characters and are identical to the Nine (9) numeric characters contained in the Private Offset established at the United States Department of Treasury through a branch of the Federal Reserve Bank for Secured Party, i.e., Muqtasid-Abdul: Qadir©, the only difference between the two identifying numbers being that the Private Offset Account for Secured Party has No dashes separating the numeric characters. The similarity in the names and identifying numbers of the Secured Party and the Vessel in Commerce are testament to the undeniable propinquity of the two distinct and separate legal entities. In fact, MUQTASID ABDUL QADIR©, an incorporeal creation of Government, is dependent upon and only exist because Muqtasid-Abdul: Qadir© a Natural Man exist as a living, breathing, flesh and blood sentient being. The Government, being an incorporeal entity can only engage another incorporeal entity, and not a real flesh and blood human being, and therefore, the Government had to create the Vessel in Commerce with which it interface. Since the birth of the Secured Party, the Government has utilized the credit of the Secured Party's and has established and operated a Private Offset Account in the name of the Secured Party, through the use of the Vessel in Commerce, MUQTASID ABDUL QADIR©, without the knowing permission of Secured Party. During this time, Secured Party has unknowingly been functioning as the manager of the trust, and signing as an authorized representative for the Vessel in Commerce, by signing bank checks, applications for credit and notes on behalf of the Vessel in Commerce. Secured Party has by separate documents, posted in the public, and submitted documents by which the Secured Party became Secured Party to MUQTASID ABDUL QADIR© and has memorialzed its Power of Attorney over MUQTASID ABDUL QADIR© Secured Party's Power of Attorney over the Vessel in Commerce is the property of Secured Party because: 1) Secured Party never gave permission to the Government to use its name to create MUQTASID ABDUL QADIR©, and said name belongs to Secured Party by natural right; 2) Secured Party holds a Common law trade-name, trade-mark, for the name MUQTASID ABDUL QADIR©; 3) Secured Party Creditor, having signed as authorized representative (Attorney-In-Fact) for MUQTASID ABDUL QADIR© most of Secured Party Creditor's life, Secured Party Creditor has established the validity of the Power of Attorney by continual non-contested use. The Private Offset Account established in the name of Secured Party is the property of Secured Party. Any value that has been deposited in Secured Party's Private Offset Account is the property of Secured Party, as any such value was created from the credit of Secured Party, Muqtasid-Abdul:Qadir©

Secured Party Creditor, now tendering this legally binding Legal notice and Demand in hand, and having hereinabove declared Secured Party Creditor's proper Legal Status and relation to the "State of Texas", i.e.,"Republic of Texas", and to the said de facto compact (Corporate) commercial STATES, including the "STATE OF TEXAS", or by whatever name it may currently be known or be hereafter named hereby states that the declarations and statements made by the Secured Party herein are the truth, the whole truth and nothing but the truth to the best of Secured Party's knowledge, and such being acknowledged by Silence and acquiescence of Rolando B.Pablos, respectfully Texas Secretary Of State, also but Not limited to any

public officers, agents, contractors, assignees, employees, and subsidiaries of said office, regarding the Secured Party's "Notice and Demand" <u>with Liber book number affixed</u>, is therefore accepted and agreed to be the truth.

Which Silence of Corporate Office "Secretary Of State" ratifies severances of any nexus or relationship between Secured Party and the said de facto corporate commercial STATE offices; being fraudulent conveyance by operating under "Color of Authority" upon affiant, Secured Party. Let this be known by the "Good Faith (oxford) Doctrine" to all men and women. Secured Party does Not Consent to any Warrantless Searches, or Searches that are Not compliant with the "Constitution for the united States of America", all of the Amendments of the Honorable "Bill of Rights", and/or "Constitution of the State of Texas", whether of Secured Party's dwellings, cars, land crafts, water crafts air crafts, Secured Party and secured Party's own, current location, property, hotel rooms, apartments, businesses, or machinery, vehicles, equipment, supplies, buildings, grounds, land in private possession or control of secured Party, past, present, and future, now and forevermore, so help me God.

This notice is in the nature of a Miranda Warning "Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them." Take due heed of its contents. If for any reason, you do Not understand any of these statements or warnings, it is incumbent upon you to summon a superior officer, special prosecutor, federal judge, or other competent legal counsel, to immediately explain to you the significance of this presentment as per your duties and obligations in respect to this private formal, notarized, registered Statute Staple Securities Instrument. As per Title 11 USC 501(a), 502 (a), and Federal Rules of Civil Procedure Rule 8(a) and 13(a), the claim or presumption that I, <u>Muqtasid-Abdul: Qadir</u>© am a Strawman, Vessel in Commerce, Corporate Fiction, Legal Entity, Ens Legis, or Transmitting Utility, of, for, by, or to the united States of America", the "government of the United States as created in the original Constitution for the united States of America, Circa 1787, the State of Texas, i.e.,"Republic of Texas", or to your "UNITED STATES CORPORATION", also known as the corporeal "UNITED STATES", "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, or any of its subdivisions including but Not limited to local, state, federal, and/or international or multinational governments, corporations, agencies, or sub-corpoartions, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF TEXAS", or by whatever name same may currently be known or be hereafter named, and the like, is forever rebutted, by this Contract. Further, Undersigned Secured Party is Not a citizen within; surety for; subject of; and does not owe allegiance, fealty, bond, undertaking, obligation, duty, tax, impost, or tribute to your "<u>UNITED STATES CORPORATION</u>", also known as the Corporate "United States", "Corp. USA", "United States, Inc.", or by whatever name it may currently be known or be hereafter named, (exclusive of the "united States of America" and the "government of the United States as created in the original Constitution for the united States of America, Circa 1787"), or any of its agencies, or sub-corporations, including but not limited to any de facto compact (Corporate) commercial states contracting therein, including the "STATE OF TEXAS", or by whatever name it may currently be known or be hereafter named (exclusive of the State of Texas, i.e., "Republic of Texas"), and the like, is forever rebutted, by this Contract. This rebuttal is a counterclaim in Admiralty.

Your failure to timely do so leaves you in the position of accepting full corporate and personal resposibility for any and all liabilities for monetary damages, as indicated herein, that Secured Party incurs by any adversely affect-

ing injuries caused by your overt, or covert actions, or the actions of any of your fellow public officers and agents in this or any other relevant matters as described herein or related thereto in any manner whatsoever. You have Thirty (30) days, from the date this document is received by the Texas Secretary of State's Office, to respond to and rebut the presumptions of this Contract by submitting to Secured Party's signed, certified, authenticated documents of the laws that rebut these presumptions point by point, on and for the Record under Penalties of the law including Prejury. This document will be on file in the public record. Your failure to timely rebut the statements and warnings herin constitute your complete, tacit agreement with all statements and warnings contained herein. Your presumptions that the Secured Party is a "Corporate Fiction" or "Legal Entity" under the jurisdiction of the " Government of the United States" and/or "UNITED STATES CORPORATION", and that Secured Party is under the jurisdiction of the "UNITED STATES Corporation",are now and forever rebutted.

By this record let it be known that Secured Party does Not at any time waive any rights, capacities, privileges, immunities, defenses, or protections, as acknowledged by the "Constitution for the united States of America", the Honorable "Bill of Rights", and the "Constitution of the State of Texas", nonetheless, demanding that you protect these as you swore an oath(s) to do so. Secured Party accepts your lawfully required "Oath(s) of Office", "Bonds of any type","Insurance Policies", "CAFR funds", and Property of any type", for the Secured Party's protection and making whole. Furthermore, should you witness any public officers at this time, or any time past, present, or future violate any rights, privileges, immunities, defenses, or protections of the Secured Party, it is your sworn duty (of oath) to immediately arrest, or have them arrested. You are legally required to charge them as you should any law breaker, regardless of officer's title, rank, uniform, cloak, badge, position, statute, or office; or you shall henceforth be accountable for monetary damages from, but not limited to, your monetary liability, your corporate bond, compensatory costs, punitive procurements, and sanctions by attorney attributions.

NOTE: A true and correct Notarized copy of this Statute Staple Securities Instrument is safely hereby forward to the Texas Secretary of State's Office. This security instrument has also been delivered to several trusted friends apprising them of Secured Party's Policy of presenting this Security Instrument to each and every public officer who approaches Secured Party and violating Secured Party's unalienable rights including, but not limited to Secured Party's right of liberty and free movement upon any common pathway of travel. Secured Party has a lawful right to travel, by whatever means, via land, sea or air, without any officer, agent, employee, attorney, or judge, in any manner willfully causing adverse affects or damages upon Secured Party by an arrest, detainment, restraint, or deprivation. With regard to any encounter or communication with the de facto compact (Corporate) commercial STATES, including the "STATE OF TEXAS", or by whatever name it may currently be known or be hereafter named, Secured Party will be granted the status and treatment of a foreign Sovereign, a foreign diplomat, by all customs officials. This document or the deposited copy thereof becomes an evidentiary document certified herein, as if now fully reproduced, should any court action be taken upon Secured Party as caused by your acts under color of law with you, your officers, and employees. Take Note; you are now monetarily liable in your persoanl and corporate capacity. Secured Party, notwithstanding anything to the contrary, abides by all laws in accordance with the "Constitution of the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of Texas", which are applicable to "persons". Secured Party wishes No harm to any man or woman. You agree by your non-response to uphold my "Right to Travel", or you must rebut Se-

cured Party's presumption by lawfully documented evidence in law on and for the Record, under Oath and Penalty or Perjury, within the Thirty (30) Days, as aforementioned in this Admiralty Contract. Definitions as they apply to this Contract are enclosed in Attachment "B", and are included as a legal part of this Contract. Any dispute of any definition will be decided by the Secured Party.

Be WARNED, NOTICE, And ADVISED that in addition to the constitutional limits on governmental authority included in the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or "Constitution of the State of Texas", Secured Party relies upon the rights and defenses guaranteed under the Uniform Commercial Code, Common equity law, laws of admiralty, and commercial liens and levies pursuant to, but not limited to, the Title 42 U.S.C.A. (Civil Rights), Title 18 U.S.C.A. (Criminal Code), Title 28 U.S.C.A. (Civil Code), the "Constitution of the State of Texas", and Texas Penal Codes, in as much as they are in compliance with the "Constitution for the united States of America", Bill of Rights, and/or the "Constitution of the State of Texas, as applicable. There can be no violation of any of these laws unless there is a victim consisting of a natural flesh and blood man or woman who has been injured. When there is no victim, there is no crime committed or law broken. Unless this is rebutted within the time limit contained herein, and the conditions of the rebuttal are met, you are any representative in any capacity of any agency, government, corporation, or the like, agree to abide by this Contract anytime you interact with Secured Party. Secured Party addresses the foregoing being of lawful majority, age, clear head, and sound mind henceforth.

Remember, you took a solemn binding oath(s) to protect and defend the original Constitution for the united States of America, Circa 1787, and/or the "Constitution of the State of Texas", against all enemies, foreign and domestic. Violations of said oath(s) is perjury, being a bad-faith doctrine by constructive treason and immoral dishonor. Secured Party accepts said oath(s) of Office that you have sworn to uphold. Secured Party declares that any and all presumptions that Secured Party is a Strawman, Vessel in Commerce, Corporate Fiction, Legal Entity, Ens Legis, or Transmitting Utility, of, for, by, or to the "united States of America", circa 1787, the "State of Texas", i.e.,"Republic of Texas", or to your "UNITED STATES CORPORATION", also known as the Corporate "UNITED STATES", Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, corporations, agencies, or sub-corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF TEXAS", or by whatever name same may currently be known or be hereafter named, and the like, are now and forever rebutted. Further Secured Party declares that any and all presumptions that I, Muqtasid-Abdul: Qadir© am a citizen within; surety for; subject of; and that Secured Party owes any allegiance, fealty, bond, undertaking, obligation, duty, tax, impost, or tribute to your "UNITED STATES CORPORATION", also known as the corporate "UNITDE STATES","Corp. USA", "United States, Inc.", or by whatever name it may currently be known or be hereafter named, (exclusive of the "united States of America" and the"government of the United States" as created in the original Constitution for the "united States of America, Circa 1787"), or any of its agencies, or sub-corporations, including but not limited to any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF TEXAS", or by whatever name it may currently be known or be hereafter named (exclusive of the "State of Texas", i.e.,"Republic of Texas"), and the like, is forever rebutted. You may rebut Secured Party's presumptions by submitting Certified Copies of lawful documents that have been certified by Texas's

State Attorney while under oath and on the official record and under the Penalty of Perjury and waiving all immunities from prosecution and made under his/her personal unlimited commercial liability. Further, in making a rebuttal, you must provide the information required in 22, herein below.You have Thirty (30) days to rebut Secured Party's statements, as indicated herein, or secured Party's statements will stand as true, lawful, and legal in all of your courts, and/or hearings.

This legal and timely notice, declaration, and demand is prima facie evidence of sufficient Notice of grace. The terms and conditions of this Presentment are a quasi-contract under the Uniform Commercial Code and the Fair Debt Collection Practice Act. These terms and conditions are Not subject to any or all immunities that you may claim, should you in any way violate Secured Party's rights or allow violations by others. Your corporate commercial acts against Secured Party or secured Party's own and your failure to act on behalf of same, where an obligation to act or Not to act exist, are ultra vires and injurious by willful and gross negligence.

The liability is upon you, and/or your respondent supervisor, and upon, including any and all local, state, regional, federal, multijurisdictional, international, and/or corporate agencies, and/or persons representing or attached to the foregoing, involved directly or indirectly with you via any nexus acting with you; and said liability shall be satisfied jointly and/or severally at Secured Party's discretion. You are sworn to your Oath(s) of Office and your responsibility to uphold the <u>rights of Secured Party or Secured Party's own at all time</u>.

## <u>BILLING COST ASSESSED WITH LEVIES AND LIENS UPON VIOLATIONS SHALL BE:</u>

\* Unlawful Arrest, Illegal Arrest, Restraint, Distraint, or Trespassing/Trespass, without a lawful correct and complete 4th Amendment Warrant: $2,000,000.00 (Two Million United States Dollars),per occurrence, per officer, official, agent, or Representative involved.

\* Excessive Bail, Fraudulent Bond, Cruel and Unusual Punishment, violation of Right to Speedy Trial, Violation of Right to Freedom of Speech, Conspiracy, Aid and Abet, Racketeering, and or Abuse of Authority as per Title 18 U.S.C.A.§§ 241 and 242, or definition contained herein: $2,000,000.00 (Two Million United states Dollars) per occurrence, per officer, official, agent, or Represetative involved.

\* Assault and Battery with Weapon: $3,000,000.00 (Three Million United States Dollars), per occurrence, per officer, official, agent, or Representative involved.

\* Assault or Assault and Battery <u>without</u> Weapon: $2,000,000.00 (Two Million United States Dollars) per occurrence, per office, official, agent, or Represntstive involved.

\* Unfounded Accusation by Officer of the court:$2,000,000.00 (Two Milliom United States Dollars), per occurrence, per officer, official, agent, or Representative involved.

\* Denial and/or Abuse of Due Process: $2,000,000.00 (two Million United States Dollars), per occurrence, per officer, official, agent, or Representative involved.

\* Unlawful Distraint, Unlawful Detainer, or False Imprisonment: $5,000,000.00 (Five Million United States dollars), per occurrence, per officer, official, agent, or representative involved, plus 18% annual interest.

\* Reckless Endangerment, Failure to Identify and/or Present Credentials and/or Failure to Charge within 48 (Forty Eight) Hours after being detained: $2,000,000.00

Item No. 060153-03-MAQ

(LNAD)

(Two Million United States Dollars), per occurrence, per officer, official, agent, or Representative involved.

* Counterfeiting Statute Staple Security Instruments: $2,000,000.00 (Two Million United States Dollars), per occurrence, per officer, official, agent, or Representative involved.

* Incarcertaion for Civil or Criminal Contempt of court without Lawful, documented in-law, and valid reason: $2,000,000.00 (Two Million United States Dollars), per occurrence, per officer, official, agent, or Representative invloved.

* Unlawful detention, or Incarceration: $2,000,000.00 (Two Million United States Dollars), per occurrence, per officer, agent, or Representative Involved.

* Disrespect by a Judge or officer of the court: $2,000,000.00 (Two Million United States Dollars), per occurrence, per offider, official, agent, or Representative invloved.

* Threat, Coercion, Deception, or Attempted Deception by any officer of the court: $2,000,000.00 (Two Million United States Dollars), per occurrence, per officer, offical, agent, or Representative invdlved.

* Coercion or attempted Coercion of the (Secured Party) to take responsibility for the Strawman against the Secured Party's will: $2,000,000.00 (Two Million United States Dollars), per occurrence, per officer, official, agent, or Representative involved.

* The placing of an Unlawful or Improper Lien, Levy, Impoundment, and Garnishment against any funds, bank accounts, savings accounts, retirement funds, investment funds, social security funds, intellectual property, or other property belonging to teh Secured Party by any agency: $2,000,000.00 (Two Million United States Dollars), per occurrence, per officer, official, agent, or Representative involved, and $100,000.00 (One Hundred Thousand United States Dollars) per day penalty until liens, levies, impoundments, and/or garnishments are ended and all funds reimbursed, and all property returned in the same condition as it was taken, with 18% annual interest upon the Secured Party's declared value of property.

Destruction, Deprivation, Concealment, Defacing, Alteration, or Theft, Theft of Property, including Buildings, Structures, Equiptment, Furniture, Fixtures, and Supplies belonging to the Secured Party will incur a penalty equal to the total new replacement costs of property, as indicated by Secured Party, including but not limited to purchase price and labor costs for locating, purchasing, packaging, shipping, handling, transportation, delevery, set up, assembly, installation, tips, and fees, permits, replacement of computer information and data, computer hardware and software, computer supplies, office equipment and supplies, or any other legitimate fees and costs associated with total replacement of new items of the same type, like kind, and/or quality, and quantity as affected items. The list and description of affected property will be provided by the Secured Party and will be accepted as complete, accurate, and uncontestable by the agency, or Representative thereof that caused such harm or deprivation of rights. In addition to the aforementioned cost, there will be a $200,000.00 (Two Hundred Thousand) United States Dollars per day penalty until property is restored in full, beginning on the first day after the occurrence of the incident, as provided by this Contract.

## CAVEAT

The aforementioned charges are billing costs deriving from, but not limited to, the Uniform Commercial Code, Fair Debt Collection Practice Act and this Con-

tract. These charges shall be assessed against persons, governmental bodies, and corporate entities supra, or any combination therof when they individually and/or collectively violate Secured Party's rights, privileges, capacities, and immunities under the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of Texas", each of which establishes jurisdiction for you in your normal course of business. All violations against Secured Party will be assessed per occurrence, and individually and personally; Representatives of any branch of government, agency, or group that is involved in any unlawfull action against Secured Party.

By your actions, carried out to Secured Party's harm, said actions being ultra vires of the limits of power properly placed on the exercise of authority and power of such office and made in conflict with your oath(s) of office or of that of your principal you shall lack recourse for all claims of immunity in any forum. Your knowing consent and admission of perpetrating known acts by your continued ultra vires enterprise is a violation of Secured Party's rights, privileges, capacities, and immunities. This Statute Staple Securities Instrument exhausts all State Maritime Article 1 administrative jurisdictions and protects Secured Party's Article III court remedies, as guaranteed in the Constitution for the united States of America, including but not limited to Title 42 U.S.C.A., Title 18 U.S.C.A., (including, but not limited to § 242 thereof), and Title 28 U.S.C.A..

## IGNORANCE OF THE LAW IS NO EXCUSE

I, Muqtasid-Abdul: Qadir© Secured Party am the Principal, and you are the agent. Fail Not to adhere to your oath(s), lest you be called to answer before One God and One Supreme Court of Exclusive and Original Jurisdiction, which is the court of first and last resort, not excluding my "Good Faith Oxford Doctrine" by my conclusive honorable "Bill of Rights".

This Statute Staple Securities Instrument is Not set forth to threaten, delay, hinder, harass, or obstruct in any manner, but rather to protect guaranteed Rights and Defenses assuring that at no time my Inalienable Rights are never waived or taken from the Undersigned against my will by threat, duress, coercion, fraud, or in any case without my express written Consent of waiver. None of the statements contained herein intend to threaten or cause any type of physical or other harm to anyone. The statements contained herein are to notice any person, whether real or corporate, of their potential personal, civil and criminal liability if and when such persons violate Secured Party's Unalienable Rights as protected by the original "Constitution for the united States of America" Circa (1787), "Bill of Rights" and/or the "Constitution of the State of Texas." A bona fide duplcate of this paperwork is Safely archived with those who testify Under Oath that is Secured Party's stated Standard Policy to always present this Notice to any public or private, officer, official, or agent attempting to violate Secured Party's rights. It is noted on the record that by implication of said presentment, this notice has been tendered by way of Registered Mail to Secured Party's STATE SECRETARY OF TEXAS; d/b/a Rolando B. Pablos, Said presentment is prima facie evidence of your receipt and acceptance of this presentment in both your official and personal capacity, jointly and severally for each and all governmental political and corporate bodies. Any other individuals who have been, are, or hereafter are involved in any actions now existing or that may arise in the future against Secured Party shall only correspond to Secured Party in writing while signing under Penalty of Perjury pursuant but not limited to Title 28 U.S.C.A., § 1746.

## SUMMATION

Should you move against Secured Party in definace of this presentment, there is no immunity from prosecution available to you, or any of your fellow public officers, official of government or Private Corporations, Judges, Magistrates, District Attorneys, Clerks, or any other persons who become involved in any actions now existing or that may arise in the future against Secured Party by way of aiding and abetting other actors. Take due heed and govern yourself accordingly. Any or all documents tendered to Secured Party, lacking bona fide ink signatures or dates per Title 18 U.S.C.A.§§ 513-514 are counterfeit security instruments causing you to be liable in your corporate and personal capacity by fraudulent conveyance now and forevermore. If and when you cause any injury and/or damages to the Secured Party, by violating any of the rights, constitutional rights, civil rights, privileges, immunities or any terms herein, you agree to willingly, with no reservation of rights and defenses, at the written request of the Secured Party, surrender, including, but not limited to, any and all bonds, public and/or corporate insurance policies, and/or CAFR funds as needed to satisfy any and all claims as filed against you by the Secured Party. This applies to any and all Representatives, severally and individually of the "united States of America", the "government of the United States as created in the original Constitution for the united States of America", or to your "UNITED STATES CORPORATION", also known as the Corporate "UNITED STATES", "Corp. USA", "United States, Inc," or by whatever name same may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF TEXAS".......................", or by whatever name same may currently be known or be hereafter named, and the like.

This document cannot be retracted by any Representative, excluding the Secured Party on this registered documents for One Hundred Years from the date Notarized on this legally binding Statute Staple Security Instrument.

ATTENTION: All Representatives of the "united States of America", the "government of the United States as created in the original Constitution for the united States of America, Circa 1787", the "State of Texas", i.e.,"Republic of Texas", or to your "UNITED STATES", "Corp. USA", "United States, Inc", or by whatever name same may currently be known or hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, corporations, agencies, or sub-corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF TEXAS", or by whatever name same may currently be known or be hereafter named, and the like. You have Thirty (30) days to rebut any portion or this entire document, or you stand in total agreement to each and every statement made herein. Non-response is agreement. Partial response is agreement. Rebuttal must be in written form with legal/lawful, verified, certified documentation in law, with copies of said law enclosed. Parties making rebuttals to this agreeemnt must print or type their full name and sign their rebuttals in blue ink. Any rebuttal to this agreement, when made and delivered to principal must be accompanied with a copy of proper identification for the person making the rebuttal, such as a driver license, passport or birth certificate, a copy of the person's badge and/or other identification that signifies the person's official capacity, and provide the following information: full legal name and residence address; name of department, bureau, agency, or corporation by which the person is employed or acts as a representative and the Supervisor's name and mail-

ing address; certified copy of the person's oath(s) of office if such is required by law; if the person is a member of the state bar, a certified copy of the person's bar card and license to practice law; if the person is required by law to be bonded, a certfied copy of the person's official bond, and the name, address, and phone number of the bonding company; if the person is covered by a corporate insurance w policy, a certified copy of the insurance policy, and the name, address, and phone number of the insurance company; if the person is beneficiary of a CAFR, a certified copy of the CAFR policy, and the name, address, and phone number of the administrator. This documentation must be provided under penalty of perjury. Notice To Agent Is Notice To Principal And Notice To Principal Is Notice To agent. Ignorance of the Law is no Excuse.

ALL OTHER CORPORATIONS but not limited to: telephone companies, cable companies, utlity companies, contractors, builders, maintenance personal, investors, journeymen, inspectors, law enforcement officers, officers of the court, manufactures, wholesale retailers, and all others, including all persons natural or fictional, including, but not limited to corporations, limited liability companies, limited liability partnerships, limited and general partnerships, trusts, foundations, DBA's, "AKA's", incorporations, or any type of businesses in commerce as deeded by this Securities agreement and decree.

YOU ARE FINALLY NOTICED, having been given knowledge of the law and your personal financial liability in the event of any violations of Secured Party's rights and/or being. This Statute Staple Securities Instrument now in your hand constitutes timely and sufficient warning by good faith notice and grace.
Dated: this __25th__ day of __April__, 2017, in the Year of Two Thousand Seventeen.
This Contract being of honor is presented under "Good Faith (Oxford) Doctrine." Secured Party accepts the Oath(s) of office of all officers' of the courts, including but not limited to the Clerks' of the courts; all Judges and Attorneys' from all Jurisdictions', all local, state, federal, international law enforcement officers, and all agents of the "united States of America", the "government of the "United States as created in the original Constitution for the united States of America, Circa 1787", the "State of Texas", i.e.,"Republic of Texas", or to your "UNITED STATES CORPORATION", also known as the Corporate "United States", "Corp. USA", "United States, Inc", or by whatever name sane may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, corporations, agencies, or sub-corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF TEXAS", or by whatever name same may currently be known or be hereafter named, and the like.
Any Representative of your "UNITED STATES CORPORATION", also known as the Corporation "UNITED STATES", "Corp. USA", "United States, Inc", or by whatever name it may currently be known or hereafter named, (exclusive of the "united States of America" and the "government of the United States as created in the original Constitution for the united States of America, Circa 1787"), or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, corporations, agencies, or sub-corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF TEXAS", or by whatever name it may currently be known or be hereafter named, (excluding the "State of Texas", i.e.,"Republic of Texas"), MAY NOT UNDER ANY CIRCUMSTANCES ENTER ANY PROPERTY AT WHICH SECURED PARTY IS LOCATED, LEASE, OWN, or CONTROL, AT ANY TIME, FOR ANY REASON, WITHOUT SECURED PARTY'S EXPRESS WRITTEN PERMISSION. Violation of this Notice will be considered Criminal Trespass and will be subject to a $2,000,000.00 (Two Million) lawful United States Silver Dollar

penalty plus damages, per violation, per violator.

ATTENTION: Any and all lending institutions, brokerage firms, credit unions, depository institutions and insurance agencies, credit bureaus and their officers, agents, and employees therein: you have now been notified of the law as to your corporate and personal financial liability in the event of any violations upon the rights, privileges and immunities and/or being Muqtasid-Abdul: Qadir© Secured Party. This Statute Staple Security Instrument constitutes timely and sufficient warning by Good Faith Notice of your liability regardless of your political affirmations. All penalties contained herein will be subject to a penalty increase of $1,000,000.00 (One Million) United States Dollars per day, plus interest, while there is any unpaid balance for the first thirty (30) days after Default of payment. This penalty will increase by 10% per each day until balance is paid in full, plus 18% annual interest, beginning on the thirty first (31th) day after default of payment. All penalties in this document are assessed in lawful money and are to be paid in one troy ounce United States Dollars that are .999 Pure Silver or equivalent par values in legal tender or fiat paper money. Par value will be determined by the value established by a one troy ounce .999 Pure Silver Coins at the MINT, or by law, whichever is highest in value at the time of the incident. Any dispute over the par value will be decided by the Secured Party, or Secured Party's designee.

All must be in line with Additional Rights and Defenses-Twenty Five Sovereign "People" Magna Carta Grand Jury: In addition to any other rights or defenses that are afforded to Secured Party by right and Magna Carta Grand Jury for the restoration of property, liberties, or rights of which Secured Party has been dispossessed by an Oppressing Government or its Representatives. If Secured Party shall have been dispossessed by the "united States of America", the "government of the United States", the "State of Texas", or the "UNITED STATES Corporation", or any Representative thereof without legal verdit of the Secured Party's peers, of the Secured Party's property, liberties, or rights, even if such taking was by way of lien, levy, attachment, or garnishment, the Oppressing Government entity or Representative thereof shall immediately restore these things to the Secured Party. Should the Oppressing Government or Representative thereof fail to restore the property, liberties, or rights of which the Secured Party has been dispossessed, and then Secured Party may by right bring the matter before four of the sovereign "People" asking for relief from the transgressions of the Oppressing Government or Representative thereof. The four sovereign "People" shall petition the Oppressing Government or Representative for a redress of grievances, showing to the Oppressing government its errors, and asking the Oppressing Government to cause that error to be amended without delay. Should the Oppressing Government not amend that error within a term of Forty (40) days from the time when the petition for redress of grievances is presented to the Oppressing Government, the four sovereign "People" shall refer the matter to the remainder of the "Twenty Five Sovereign" "People" Magna Carta Grand Jury and they shall distrain and oppress the Oppressing Government and its Representative by taking their property and possessions in every way that they can, until amends shall have been made according to their Judgment. Any citizen of the united States of America, the United States, or of the several States may swear to assist in carrying out the Judgment of the "Twenty Five Sovereign "People" Magna Carta Grand Jury", and with them any such citizen may take the property and possessions of the Oppressing Government. If any citizen be unwilling to swear to assist in carrying out the Judgment of the "Twenty Five Sovereign "People" Magna Carta Grand Jury", the "Twenty Five Sovereign "People" Magna Carta Grand Jury" shall make them swear by the Mandate of the "Twenty Five Sovereign "People" Magna Carta Grand Jury." At all times the decision of a

(LNAD)

Item No. 060153-03-MAO

majority of the "Twenty Five sovereign "People" Magna Carta Grand Jury" shall be considered binding and valid on the whole. And the aforesaid Twenty Five Magna Carta Grand Jury shall swear that they will faithfully observe all foregoing, and will cause them to be observed to the extent of their power. The Oppressing Government shall obtain nothing from any one, either through itself or through another by which the powers of the "Twenty Five sovereign "People" Magna Carta Grand Jury" may be revoked or diminished. And if any such thing shall have been obtained, it shall be vain and invalid, and the offending government shall never make use of it either through itself or through another. The Judgment of the "Twenty Five sovereign "People" Magna Carta Grand Jury", both by rule of law long-time standing and by the terms of this Contract, shall not be overturned by court, as there is no higher court in the realm.

## NOTICE TO CLERK AND RECORDER

Pursuant to the Title 18 U.S.C.A. §§ 101 2071(b), "whoever, having the custody of and such record, proceeding, map, book, document, paper, or other thing, willfully conceals, removes, mutilates, obliterates, falsifies, or destroyes the same, shall be fined under this title or imprisoned not more than three years, of both; ans shall forfeit his office and shall be disqualified from holding any office under the United States."

NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT

X _Muqtasid-Abdul Qadir ©_
  Secured Party

## ACKNOWLEDGEMENT

SUBSCRIBED TO AND SWORN OR AFFIRMED before ma a Notary Public and Officer of the State of Texas, on this _3rd_ day of ___May___, 2017, personally appeared and known to me _LaVerne Macon_, a none party to the matter, who attest and acknowledge that the Man whose name is subscribed here in this Legal Notice and Demand/Statute Staple Security Instrument is known by him/her and bears the authentic signature to be the same.

X _LaVerne Macon_

_Sheila Laurette Malone_ ; Seal
Notary Public

My Commission expires _June 23, 2020_

SHEILA LAURETTE MALONE
ID #2132702
My Commission Expires
June 23, 2020

We, the undersigned witnesses, do hereby swear or affirm that it is the stated policy of Muqtasid-Abdul: Qadir© to present this LEGAL NOTICE AND DEMAND" to all law enforcement officers, agents, or Representatives of the "united States of America", the "government of the United States as created in the original Constitutuion for the united States of America, Circa 1787". the State of Texas", i.e., "Republic of Texas", or to your "UNITED STATES Corporation", also known as the corporate "UNITED STATES", Corp. USA", "United States, Inc.", or by whatever name same may occurently be known or be hereafter named, or any of its sub-divisions including but not limited to local, state, federal, and/or international or multinational governments. Corporations, agencies, or sub-corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF TEXAS". or by whatever name same may currently be known or be hereafter named, and the like, any time Secured Party has any interactions with them.

X _Paul-Eugene: Lawson©_
Witness

X _Pernall-Lorraine: Thomas©_
Witness

Date: on this __25th__ day of __April__ , 2017    Date: on this __25th__ day of __April__ , 2017

ATTACHMENT 'A' LIST OF COLLATERAL
TO THE LEGAL NOTICE AND DEMAND

1.    A proceeds from Secured Party's labor from every source, from products, works and services, accounts, fixtures, crops, mine head, well head, and transmitting utilities, etc;

2.    All rents, wages, and income from every source;

3.    All land in which Debtor has interest, including the soil itself, all minerals a top or beneath the soil surface; all air rights, water rights, all waters on or in the soil or land surface such as a lake or pond, within the land boundaries;

4.    All real property and all documents involving all real property in which Debtor has an interest, including all buildings, structures, fixtures, and appartenances situated on or affixed thereto, as noted in # 3 above;

5.    All timeshares, interest in rental property, condominiums, cottages, cabins, houses, mansions, and buildings of whatever type and whereever located;

6.    All bank accounts foreign and domestic, bank "safety" deposit boxes and the contents therein, personal security codes, passwords, and the like associated therewith, credit card accounts, certificates of deposit accounts, checking accounts, savings accounts, retirement plan accounts, stocks, bonds, securites, and benefits from trusts;

7.    All inventory from any source;

8.    All machinery, either farm or industrial, all mechanical tools, construction tools, tools of trade;

9.    All boats, yachts, and watercraft; and all equipment, accountrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all motors, engines, ancillary equipment lubricants, fuels, and fuel additions;

10.  All aircraft, gliders, ballons, and all equipment, accountrements, baggage, and cargo affixed or pertaining thereto or stored therein, inter alia: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, fuels, and fuel additions;

11.  All motor homes, trailers, mobil homes, recreational vehicles, houses, cargo, and travel trailers; and all equipment, accountrements, baggage, and cargo affixed or pertaining thereto or stored therein, inter alia: all ancillary equipment, accessories, parts, service equipment, lubricants, fuels, and fuel additives;

12.  All animals and all farm livestock, and all things required for the care, feeding, use, transportaion, and husbandry thereof;

13. All pets, including cats, dogs, birds, fish, or whatever other of the animal kingdom has been gifted or otherwise acquired: whether kept indoors, or outdoors, with all fixtures, vehicles, and housing required for their protection, feeding, care, transportation, shelter, and whatever other needs may arise;

14.  All vehicles, autos, trucks, four-wheel vehicles, trailers, wages, motorcycles, bicycles, triycles, wheeled conveyances of any kind;

15.  All computers, computer-related equipment and accessories, flash drives, electronically stored files or data, telephones, electronic equipment, office equipment and machines;

16.  All visual reproduction systems, aural reproduction systems, motion pictures, films, video tapes, audio tapes, sound tracks, compact disc, ipods, phonograph records, films, video and aural production equipment, cameras, projectors, etc;

17.  All manuscripts, books, booklets, pamphlets, treatises, treatments, monographs, stories, written material, libraries, plays, screenplays, lyrics, songs, music;

(LNAD)

Item No. 060153-03-MAQ

18. All handwritten, printed, and electronic versions of books and financial records of Debtor;

19. All trademarks, registered marks, copyrights, patents, proprietary data and technology, inventions, intellectual property, royalties, good will;

20. All public or private scholastic degrees, titles, credentials, medals, trophies, honors, awards, recognitions, meritorious citations, certificates from apprenticeship traning and/or continuing education programs, etc., from whatever source, for whatever trade, occupation, work, or endeavor,

21. All military (Army, Navy, Air Force, Marine, National Guard, etc.) discharge papers, and the like;

22. All records diaries, journals, photographs, negatives, transparencies, images, video footage, film footage, drawings, sound records, audio tapes, video tapes, computer production or storage of all kinds whatsoever;

23. All fingerprints, footprints, palm prints, thumbprints, RNA materials, DNA materials, genes, blood fracttions, biopsies, surgically removed tissue, bodily parts, organs, hair, teeth, nails, semen, urine, other bodily fluids or matter, voice print, retinal images, and the descriptions thereof, and all other corporal identification factors, and said factors' physical counterparts in any form, and all records, record numbers, and information pertaining thereto;

24. All biometric data, records, information, and processes not elsewhere described, the use thereof and the use of the information contained therein or pertaining thereto;

25. All rights to obtain, use, request, refuse, or authorize the administration of any food, beverage, nourishment, or water, or any substance to be infused or injected into or affecting the body by way means whatsoever;

26. All rights to obtain, use, request, refuse, or authorize the administration of any drug, manipulation, material, process, procedure, ray, or wave which alters or might alter the present or future state of the body, mind, spirit, free will, faculties, and self by any means, method, or process whatsoever;

27. All keys, locks, lock combinations, encryption codes or Keys, safes, secured places, and security devices, security programs, software, user names, passwords, machinery, or devices related thereto;

28. All rights to access and use utilities upon payment of the same unit costs as the comparable units of useage offered to most favored customers, inter alia: cable, electricity, garbage, gas, internet, satellite, sewage, telephone, water, and all other methods of communication, energy transmission, and food or water distribution;

29. All rights to barter, buy, contract, sell or trade any kind of asset, product, tool, item of value, property, ideas, services, work, or time, whatsoever without any requirement to apply for or obtain any government license, permit, certificates or permission of any kind whatsoever;

30. All rrights to create, invent, adopt, utilize, or promulgate any system or means of currency, private money, medium of exchange, coinage, barter, economics exchange, bookkeeping, record-keeping, and the like;

31. All rights to use any free, rented, leased, fixed, or mobile domicile, as though same were a permanent domicile, and to be free from requirement to apply for or obtain any government license or permission, permit and otherwise, and to be free from entry, intrusion, or survellance, by any means, regardless of duration of lease period;

32. All rights to manage, manuver, direct, guide, or travel in any form of auto-mabile or motorized conveyance whatsoever without any requirement to apply for or obtain any governemnt license, permit, certificate, or permission of any kind whatsoever;

33. All rights to marry and procreate children, and to rear, educate, trian, guide, and spiritually enlighten and such children, without any requirement to ap-ply for or obtain any government license, permit, certificate, any vaccinations, or permission of any kind whatsoever;

34. All rights to buy, sell, trade, grow, raise, gather, hunt, trap, angle, and store food, fiber, and raw materials for shelter, clothing, ans survival;

35. All rights as outlined in the "Constitution for the united States of America", and the Honorable "Bill of Rights", and the Constitution of the State of Texas;

36. All rights to execerise freedom of religion, worship, use sacraments, spiri-tual practice, and expression without any abridqment of free speech, or the right to publish, or the right to peaceably assemble, or the right to petition govern-ment for redress of grievances, or the right to petition any military force of the United States for physical protection from threats to the safety and integrity of person or property by either "public" or "private" sources;

37. All rights to keep and bear arms for defense of self, family, and parties en-treating physical protection of person or property;

38. All rights to keep and bear arms for hunting and target shooting of any kind;

39. All rights to protect myself and family from any animals that threaten my/our safety or well being or my/our property, or that cause a nuisance to me/us, by using deadly force against any such animals;

40. All rights to excercise dominion over the earth and the resources of the earth;

41. All rights to create, preserve, and maintain inviolable, spiritual sanctuary and receive into same any and all parties requesting safety and shelter;

42. All rights to create, carry, ans use private documents of travel of any kind whatsoever, inter alia: those signifying diplomatice status and immunity;

43. All rights to amke video and/or recordings of all interactions between me and any local, state, federal, international government officials of any kind whatso-ever including the right to bring all necessary video/audio recording equipment into government buildings sa necessary;

44. All rights to obtain or be presented with certified copy of the Oath of office of any government official with whom i interact;

45. All claims of ownership or certificates of title to the corporeal and incorp-oreal hereditary succession, and all innate aspects of being, i.e., body, mind, spirit, free will, faculties, and self;

46. All rights to privacy and security in person and property, inter alia: all rights to safety and security of all household or sanctuary dwellers or guests, and all papers and effects belonging to debtor or any household or sanctuary dwe-llers or guests, from governmental, quasi-governmental, de facto governmental, or private intrusion, detainer, entry, seizure, search, surveillance, trespass, ass-ault, summons, or warrant, except with proof of superior claim duly filed in the Commercial registry by any such intruding party in the private capacity of such in-truding party, notwithstanding whatsoever purported authority, warrant, order, law, or color of law may be promulgated as the authority for nay such intrusion, detain-er, entry, seizure, search, surveillance, trespass, assault, summons, or warrant;

47. All names used and all Corporations Sole executed and filed, or to be executed and filed, under said names;

48. All intellectual property, inter alia: all speaking and writing, All thoughts, beliefs, world news, emotions, psychology, etc;

49. All signatures and seals;

50. All signatures on all applications for all value associated with all licenses foreign and domestic;

51. All present and future retirement incomes and rights to such incomes issuing from all accounts;

52. All optical, medical, and health equipment, supplies, devices, etc;

53. All present and future medical and healthcare rights, and rights owned through survivorship, from all accounts;

54. All applications, filings, correspondence, information, images, identifying marks, image licenses, travel documents, materails, permits, registrations, and record and records numbers held by any entity, for any purpose, however acquired, as well as the analyes and uses thereof; and any use of any information and images contained therein, regardless or creator, method, location, process, or storage form, inter alia: all processed algorithims analying, classifying, comparing, compressing, displaying, identifying, processing, storing, or transmitting said applications, filings, correspondence, information, images, identifying marks image, licenses, travel documents, materials, permits, registrations, records and records numbers, and the like;

55. All signatures on all applications for and all value associated with all Library cards;

56. All memberships in private associations, etc;

57. All credit records, credit and repayment history, credit scoores, lender records, creidtworthiness, trade credit, credit, charge, and debit cards, mortagages, notes, applications, card numbers, and associated records and information, etc;

58. All credit of Debtor;

59. All signatures on and all value associated with all traffic citations/tickets;

60. All signatures on and all value associated with all parking citations/tickets;

61. All value from all court cases and all judgments, past, present, and future, in any court whatsoever; and all bonds, orders, warrants, and other matters attached thereto or defrived therefrom;

62. All precious metals, bullion, coins, jewelry, precious jewels, semi-precious stones, mounts, and any storage boxes, receptacles, and depositories within which said items are stored;

63. All tax correspondence, filings, notices, coding, record numbers, all benefit from debtors social secuirty account; and any information contained therein, whenever and however located, and no matter by whom said information was obtained, compiled, recorded, stored, analyzed, processed, communicated, or itilized;

64. All bank accounts, all brokerage accounts, stocks, bonds, certificates of deposit, drafts, funitures, insurrance polices, investment securities, all retirement plan accounts, individual retirement Accounts, money market accounts, nutural funds, notes, options, puts, calls, pension plans, saving accounts, stocks, warrants, securities, benefits from trusts, 401-K's, and the like;

*Original*

65. All accounts, deposits, escrow accounts, lotteries, over payments, prepayments, prizes, rebates, refunds, retrunes, Treasury Direct Accounts, claimed and unclaimed funds, and all records and record numbers, correspondence, and information pertaining thereto or derived therefrom;

66. All staockpiles, collections, buildings, amassment, and accumulations, however small, of Federal Reserve Notes (FRN's), gold certifcates, silver certificates, and all other types and kinds of cash, coins, currency, and money delivered into possession of secured Party;

67. All drugs, herbs, medicine, medical supplies, cultivated plants, growing plants, inventroy, ancillary equipment, supplies, propagating plaints, and seeds, and all related storage facilities and supplies;

68. All fitness and/or sports equipment intended to increase vitality, fitness purposes, and all juccers, grinders, dehydrators, and storage and delivery devices or equipment;

69. All products of and for agticulture; and all equipment, inventories, supplies, contracts, and accountrements involved in the planting, tilling, harvesting, processing, preservation, and stroage of all products of agriculture;

70. All plants and shubs, trees, fruits, vegatables, farm and garden produce, indoors and out, watering devices, fertilizers and fertilizing equipment, pots, collections of plants, e.g., bonsai, dry or live assartments of flowers and plants, or anything botanical;

71. All farm, lawn, and irrigation equipment, accessaries, attachments, hand tools, inplements, service equipment, parts, supplies, and storage sheds, and contents;

72. All fuel tanks, containers, and involved or related delivery systems;

73. All metal-working, wood-working, and other such machinery; and all ancillary equipment, accessaries, consumables, power tools, hand tools, inventories, storage cabinets, tool boxes, work benches, shops, and facilities;

74. All comping, fishing, hunting, and sporting equipment; and all special clothing, materials, supplies, and baggage related thereto;

75. All rifiles, guns, bows, crossbows, other weapons, and related accessories; and the ammunition, reloading equipment and supplies, projectiles, integral components thereof;

76. All radios, televisions, communication equipment, receivers, transmitters, antenas, towers, etc., and all ancillary equipment, supplies, computers, software programs, wiring, and related accountrements and devices;xxxxxxxxxxxkxxxxxxx

77. All power-generating machines or devices; and all storage, conditioning, control, distribution, wiring, and ancillary equipment pertaining to or attached thereto;

78. All devices, engines, fixtures, fans, plans needed for the production or storage of electrical energy;

79. All computers and computer systems and the information contained therein; as well as all ancillary equipment, printers, a dn datas compression or encryption devices, processes, and porcessors;

80. All office and engineering equipment, furniture, ancillary equipment, drawings, tools, electronic and paper files and items related thereto;

81. All water rights, all water wells and well-drilling equipment, and all ancillary equipment, chemicals, tools, and supplies;

82. All shipping, storing, and cargo containers, and all chassis, truck trailers, vans, and the contents therof; whether in-site, in transit, or in storage anywhere;

83. All building materials and prefabricated buildings, and all components or materials pertaining thereto, before or during manufacture, transportation, storage, buildings and all components or materials pertaining thereto, before or during manufacture, transportation, storage, building, erection, or vacancy while awaiting accupancy thereof;

84. All communications and data; and the methods, devices, and forms of information storage and retrieval, and the products of any such stored information;

85. All artwork and supplies, pantings, etching, photographic art, lithographs, and serigraphs, etc.; and all frames and mounts pertaining to or affixed thereto;

86. All food; and all devices, tools, equipment, vehicles, machines, and related accountrements involved in food preservation, preparation, growth, transport, and storage;

87. All construction machinary, and all ancillary equipment, fuels, fuel additives, supplies, materails, and service equipment pertaining thereto;

88. All medical, dental, optical, prescription, and insurance records numbers, and information contained in any such records or pertaining thereto;

89. The Last Will and Testament from any source;

90. All inheritances gotten or to be gotten;

91. All wedding bands and rings, watches, and jewerly;

92. All household goods and appliances, linen, wardrobe, toiletries, furniture, kitchen utensiles, cuttery, tableware, cooking utensiles, pottery, antiques, etc;

93. All musical instruments, whether new or old, including brass, woodwinds, percussion, strings, pianos etc.;

94. All children's toy, clothing, playthings, and possession of any type or amount;

95. All businesses, corpoartions, companies, trusts, partnerships, and the like, now owned or hereafter acquired; and all books and records thereof and therefrom, all income therefrom; and all accessories, accounts, equipment, information, inventory, minery, spare parts, and computer software pertaining thereto;

96. All ownership, equity, property, and rights to property now owned or held or hereafter acquired in all businesses, corporations, companies, partnerships, limited partnerships, organizations, proprietorships, and the like, and all books and records pertaining thereto; all income therefrom; and all accessories, accounts, equipment, information, inventory, money, spare parts, and computer software pertaining thereto;

97. All packages, parcels, envelopes, or labels of any kind whatsoever which are addressed to, or intended to be addressed to, debtor or Secured Party, whether received or not received;

98. All telephone numbers;

99. All signatures on all applications for and all value associated with all certificates of birth documents of the Secured Party, and all said documents themselves;

100. All signatures on all applications for and all value associated with all certificates of birth documents of all children and grandchildern of the Secured Party, and all said documents themselves;

101. All signatures on all applications for Social Security Numbers, and all value associated with all accounts;

102. All my Parental Rights and Power of attorney to, for, over and in care of my childeren including but not limited to;

103. All signatures on all applications for social security numbers, for all childeren and grandchilderen of the Secured Party, and all value associated with all accounts;;

104. All value associated with the private contract trust account number of the Secured Party;

105. All value associated with the private contract trust account numbers of all childeren and grandchilderen of the Secured Party: Redacted Numbers for childeren and grandchilderen;

106. All signatures on all applications for and all value associated with Debtor's Texas Driver License and/or Texas State I.D.;

107. All signatures on all applications for all value associated with all passports for the Secured Party, children and grandchilderen;

108. All documents as recorded in the public record by and for the Secured Party as indicated herein;

109. All signatures on all applications for and all value associated with all Marriage license;

110. All private marriage contracts;

111. All signautres on all applications for all value associated with all professional license;

112. All private addresses of the Secured Party as indicated herein;

113. All signatures on all applications for and all value associated with all public addresses;

114. All private, registered, bond/account numbers, and all bonds and notes tendered to any and all entities, including the department of the Treasury, banks, Creditors, corporations, etc.;

115. Financing Statement and Security Agreement;

116. Financing Statement Amendments;

117. Trade Name/ , ID/Document No. 060153-MAQ

118. Any and all property not specifically listed, named, or specified by make, model, serial number, etc, is expressly herewith included as collateral of the Secured Party.

ATTACHMENT 'B' LIST OF DEFINITIONS
TO THE LEGAL NOTICE AND DEMEND

1. Abuse of Authority: Means anyone who denies, withholds, refuses, deprives, limits, inhibits, counteracts, conceals, any right, benefit, protections, or privileges as protected by the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of Texas". this includes arrest or detainment without documented evidence that a lawful crime has been committed by the Secured Party. This includes use of restraint devices on the Secured Party and/or physical abuse that makes any marks, scars, cuts, abarsions, or the like. This also includes denial of lawful Due Process, Habeas Corpus, excessive Bail, Unlawful Arrest, Unlawful detention, or the like, as outlined in this Contract.

2. Abuse of Due Process: Means any action against the Secured Party, when said action does not abide by all the rights and defenses contained in or represented by the "constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of Texas." this includes any charge, or claim, civil or criminal, or in admiralty, that is alleged or made by any Representative of the "government of the United States" or the UNITED STATES Corporation".

3. Agency, Entity, Department, Sub Division, Subsidiary, Contractor, Employee, Inspector, Investigator, Organization, Officer, Official, Agent, Branch of Government, Group, Authorized Representative, Policeman, Police officer, Participant: Means any person, Corporation, or entity of any kind, which works for, is compensated all or in part by, receives funds or collects funds for, contarcts with, receives any benefit from, receives any privilege from, participates with, has allegance to, or in any way has a relationship with, the "government of the United States" or the UNITED STATES Corporation" or any of its subsidiaries, sub-corporations, departments, or agencies, etc. The word "representative" where used in this Contract, shall have the same meaning.

4. Aiding and Abetting: Means the efforts of any Representative of the "government of the "United States", or the "UNITED STATES corporation", or officer of the court to assist another of the same to hinder, coerce, restrict, resist, suppress, or deprive in any way, the Secured Party from receiving any and all rights, benefits, privileges, as provided by the "Constitution for the united States of America", the "Bill of rights", and/or the "Constitution of the State of Texas", or that would normally be offered to a citizen of the United States or of the State of Texas. This also inclues the provisions as provided in item "55" "racketeering" and Suppression of evidence.

5. Artificial Person: Means a fictitious entity that was created by the "government of the United States" or the "UNITED STATES Corportaion" for transacting in commerce. This artificial man or Strawman is represented by the all capital letter name that appears to be spelled the same as the name of the Natural Man or Woman. When the Artificial Person is used in commerce by the secured Party, it is a transmitting utility.

6. Assault and Battery with Weapon: Means any use of, threatened, or perceived use of any weapon, against Secured Party, by any representative of the "government of the United States" or the UNITED STATES Corporation" that creates an atmosphere of fear for the Secured Party. This includes non lethal weapons, such as tazers, stun guns, mace, pepper spray, any chemical used to incapacitate, rubber bullets, shock force weapons, electronic weapon or any other type of weapon that may be used to control or to create fear. If a conflict arises about the events, the version told by the Secured Party will be accepted as truth and will not be contested.

(LNAD)        Item No. 060153-03-MAQ

7.   Assault and Battery without a Weapon: Maens the verbal abuse or physical contact, of any kind, upon the Secured Party without the express voluntary written consent of the Secured Party. If a conflict arises about the facts involving the incident, the version as told by the SecuredParty will be accepetd as truth, without question, and will not be contested.

8.   Bill of Rights" Mean, for the purposes of this Contract, the original "Bill of Rights" to the Constitution for the united States of America", Circa 1791.

9.   Clerk of the Public Record: Means any clerk who records documents on the public record and who is employed by a city, county, state, municipality, federal government, international, multinational, multijurisdictional Corporation.

10.  Coercion or Attempt to Coerce: Means any attempt by any Representative of the "government of the United States", or the "UNITED STATES Corporation", to threaten, intimidate, deprive, conceal, or in any way prevent the Secured Party from receiving and/or enjoying any right, or privilegs that is granted, outlined, or secured by the "Constitution for the united States of America", the Honorable "Bill of Rights", the "Constitution of the State of Texas." or allow another to do so.

11.  Concealment: Means withholding or keeping information that should normally be revealed, about property and/or rights from the Secured Party. This includes keeping evidence or law from a jury that could favorably alter the outcome of a case to the benefit of the Secured Party. No officer of any court or Representative of the "government of the United States" or the "UNITED STATES Corporation" may conceal any law and/or any evidence of any kind that is considered relevant by the Secured Party, and/or fail to disclose any law that benefits the Secured Party.

12.  Conspiracy: Means the cooperation of two or more persons working together to, restrict, suppress, inhibit, or in any way deprive the SecuredParty of any right, benefit or privilege that would ordinarily be offered by the Constitution for the united States of America, the Bill of Rights, and/or the Constitution of the State of Texas, and/or to a citizen of the United States or of the State of Texas. This also includes the provisions in item #55, 'Racketeering'.

13. Contract: Means any agreement in writing that has been offered for review and acceptance by another party, wherein the offerred party has ten (10) days or more, or as stipulated in the contract, to review and respond, accept or rebut, any provisions of the contract, as indicated in the contract. Non response on the part of the reviewing party or agent of the receiving party will be a lawful offer and acceptance of all the terms and conditions contained in said contract. Rebuttal by the receiving party of any provision of the contract by any means other than those as are indicated in the contract will be non response. Return of the contract unopened and/or without review will be acceptance of all conditions of said contract. Recording the contract with the clerk of court or any public records officer will be a lawful offer and notification and will be presentment to all officers of the court in that state or county. Notice to Agent is Notice to Principal and Notice to Principal is Notice to Agent.

14.  Corporate Capacity: Means acting for, or on behalf of, a Corporation, or government entity, while under law or color of law.

15.  Corporate Fiction: A Corporation, a creation of the law that does not actually exist in nature, like a natural man or woman; a legal entity that is false and not real, but which the law assumes to be true.

16. Corporation: Means any Representative, Agency, Sub-Corporation, Contractor, or any person or entity that is employed by, receives or distributes funds for, receives any benefit or privilege from, or has any relationship of any kind with the "government of the United States", or the "UNITED STATES Corporation".

17. Constitution for the united States of America: Means, for the purpose of this Contract, "The Constitution for the united States of America" Circa 1787, as opposed to the "Constitution of the UNITED STATES' Corporation" circa 1868.

18. Counterfeiting Statute Staple Securities Instruments: Means any attempt by any Representative of the "government of the United States", or the "UNITED STATES Corporation" to copy, duplicate, replicate any document that has "Statute Staple Securities Agreement" typed, printed, or hand written anywhere on the document, without the express written voluntary permission of the documents owner who is the Secured Party who filed said document in the public record, or is in possession of said document, or who is the maker of said document. If a dispute about permission to duplicate arises, the statements of the Secured Party will be accepted as fact without question and will not be contested.

19. County or City: Means any subdivision of any State of the "united States of America." This term excludes any jurisdcition, zone, territory of the "UNITED STATES Corporation", unless described by the Secured Party in all CAPITAL letters. Any disputes over any errors contained in spelling or grammar will be resolved at the discretion of the Secured Party and will not be challenged by any Representative of the "UNITED STATES Corporation".

20. Cruel and Unusual Punishment: Means physical violence of any type or form that is used against a Secured Party that causes visible physical injury, i.e., marks, scrapes, scratches, bruises, abrasion, avulsions, fractures, sprains, restraint marks, dislocations, punctures, cuts, loss of blood, loss of body fluids, or any other type of physical stress to the body; or any chemically induced altered mental state of the Secured party. This also includes any attempt to incarcerate, restrain, question, detain, withholding food when requested, withholding drink when requested, withholding medication as requested, withholding use of bathroom facilities and supplies when requested, withhold reading and writing materials, withholding communication with friends, family, legal counsel, and religious counsel, withholding proper clothing as needed for comfort, withholding blankets when requested, withholding hot and cold water for showers, withholding freedom when requested. This also includes redicule, coercion, threats, verbal insults, rude and offensive language, veiled threats, or any other type of mental stress or anguish.

21. Defacing: Means the changing or altering the appearance of the item. This also includes changing or altering the meaning of laws, rights, property, documents, or any other thing that has value as determined by the Secured Party.

22. Denial of Due Process: Means any attempt by any officer of the court and/or the "government of the "united States", or the "UNITED STATES Corporation", to deny, deprive, restrict, prevent, or in any way inhibit the proper Due process to any Secured Party as outlined in the "Constitution for the united States of America," the Honorable "Bill of Rights", and/or the "Constitution of the State of Texas." Any public law, statute, regulation, ordinance, home rule, etc., that is incompatible with the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of Texas", is null and void and will not be used in any action against Secured Party.

Item No. 060153-03-MAQ

23. Deprivation of Rights or Property: Means the concealment, keeping from, hiding, obstructing of any rights, property, privilegs or immunities that are outlined or protected by the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of Texas."

24. Destruction of Property: Means any alteration, damage, deprivation, defacing, removing, changing, breaking, separating, removing parts from, erasing of files from, thrawing, shooting, kicking, stamping, smashing, crushing, or the like of any property belonging to or in possession of the Secured Party.

25. Disrespect: means anything said or written to me, about the Secured Party that Secured Partyydoes not like, including body language, or anything that makes Secured Party or any reasonable man uncomfortable, or have fear.

26. Encroachment: Means to invade, intrude, or in any way prevent the Secured Party from enjoying the full and complete use of property, including the acts of trespass, impeding ingress or egress to the property of the secured Party; or limiting the ability of the Secured Party to freely access, claim, hold, possess, use, convey, sell, rent, lease, barter, exchange, or in any way make full and unfettered use of his property. This includes the placing of filing of an unlawful lien, levy, burden, charge, liability, garnishment, attachment or encumbrance against any and all property including wages, salaries, staocks, bonds, bank accounts (foreign and domestic), saving accounts, contents of safety deposit boxes, gold, silver, notes, insurance funds, annuities, retirement accounts, social Security benefits, motor vehicles, automobiles, recreational vehicles, land, real estate, homes, structures, roads, driveways, personal property of any kind that is held by title, deed, contract, agreement (written of verbal), or is in possession of the Secured Party. This includes, but not limited to, traffic stops, searches, of vehicles, home invasion, confiscation of any lawful property owned by, in possion of, or under control of the Secured Party.

27. Ens Legis: In this Security Agreement, the term "ens legis" means a Creature of the law, an artificial being, such as a Corporation, considered as deriving its existence entirely by the law, as contrasted with a natural person/natural man or woman.

28. Excessive Bail: Means any amount of bail set at an unreasonable rate as per the 8th Amendment of the Constitution for the united States of America. This also means bail in excess of the amount of fine, penalty, or penal sum that is associated with the alleged crime committed. This also means that if the Secured Party has lived in a community or has lived in one community or area for more thatn one year, provided that he has not recentlly moved within a year, works a regular job, or is a member of or involved with a church group, civic group, community enterprise, or can produce at least two affidavits from members of his community or area stating that he is involved with his community, he cannot be held without bail as a flight risk, or a threat to society. If the Secure Party can produce at least four (4) affidavits stating that he lives, works, and is involved in his community, or the prior community in which he lived, he must be released on his own recognizance without any bail required. This provision does not apply to anyone charged with rape, murder, or violent crimes against women, or children.

29. Failure to Charge within Forty Eight (48) Hours: Means any attempt by any Representative of the "government of the United States," or the "UNITED STATES Corporation", to delay, inhibit, prevent, or in any way stop a Secured Party from being lawfully charged by the court within forty eight (48) hours of arrest.

30. Failure to Identify: Means any time the Secured Party has interaction with any Representaive of the "government of the United States", or the "UNITED STATES Corporation", the Representative must, upon request of the Secured Party, provide proper identification, written proof of authority, state what his business is with the Secured Party, complete a public servants questionaire in advance of arrest or detention, provide documentation properly identifying the officer or respondent supervisor's name and contact information, and any other relevant information as requested by the Secured Party. The officer may not detain the Secured Party for more than ten (10) minutes while he obtains this information.

31. Failure to Respond: Means any attempt by any Representative of the "government of the United States", or the "UNITED STATES Corporation", to ignor, inhibit, withhold, delay, or deny a request for information from a Secured Party.

32. False Imprisonment: Means any attempt by any Representative of the "government of the United States", or the "UNITED STATES Corporation", to incarcerate any Secured Party against his will and/or against any and all protections of the laws and provisions of the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of Texas."

33. Federal zone: See "Jurisdiction of the "Government of the United States and of the "UNITED STATES Corporation.""

34. Freedom of Speech: Means the right to speak open and plainly without the fear or reprisal. This includes the right of the Secured Party to speak at hearings, and trials, before Magistrates, Judges, Officers of the court, Representatives, or teh like, of the "government of the United States", or the "UNITED STATES Corporation". It also means that no attempt to suppress this right will be made by any officer of the court, Representatives, or the like of the "government of the United States," or the "UNITED STATES Corporation". No Judge or officer of any court or tribunal will threaten contempt of court for free speech by any Secured Party.

35. Government of the United States: The term "government of the United States", when used in this Contract, means the government that was originally established in the "Constitution for the united States of America", adopted in 1787, and does not include any "imposter government" known by any name whatsoever, no matter how similar in spelling the name of any such "imposter government" may appear to be the spelling of the name of the Constitutionally authorized "government of the United States." It is to be noted that the term "United States" as used here is "plural" and not 'singular" in number, as is the name "United States" used by the "imposter government" (i.e., "UNITED STATES Corporation") now acting as the "government of the United States."

36. Ignor: Means to refuse or in any way to deny a lawful request for an officer to complete legal documents that will provide information when requested by the Secured Party.

37. Illegal Arrest: Means same as above in item #73, "Unlawful Arrest."

38. Personal Capacity: Means acting on ones behalf, in one's individual capacity, to do a thing. A Representative acting under law or color of law and ultra vires of the Representative's official capacity as assigned by the law, or acting in violation of his/her oath(s) of office take a personal liability.

**39.** Interpretation: Means if any conflict arises concerning the definition of any of the terms and or conditions of this Contract, the conflict concerning the meaning of the term or condition will be decided by the Secured Party. Secured Party's decision will be final;and not subject to review or argument. No liability or penalty will be incurred by the Secured Party due to his interpretation of such terms and or conditions.

40. Interstate Detainer: Means the same as unlawful detainer as when involving the Secured Party and involving more than one Representative, agency or STATE of the "government of the United States", or the "UNITED STATES Corporation", or any Representative who has any agreement with, contract with, or permission to act on behalf of any municipal Corporation or any subsidiary or sub-Corporation thereof.

41. Jurisdiction of the "Government of the United States", and of the "UNITED STATES Corporation" (if indeed the later has any jurisdiction at all): The Constitutionally authorized "Government of the United States is recognized by the Secured Party as having exclusive legislative jurisdiction only over the following geographic areas: 1. The District of Columbia, as authorized by Article 1, Section8, clause 17 of the Constitution for the united States of America. 2. Federal enclaves within the States, such as land, property or buildings which the Government of the united States of America has purchased by the consent of the legis-latures of the States for purposes of erecting forts, magazines, arsenals, dock-yards, and other needful buildings, as authorized by Article 1, Section 8, Clause 17 of the Constitution for the united States of America; and 3. Territories and possession belonging to the Government of the United States, as authorized by Article 4, Section 3, clause 2 of the Constitution for the united States of America. The inposter government-UNITED STATES Corporation, while hav-ing No real Jurisdiction, as No jurisdiction has been lawfully granted, can never-theless have no claim, even under color of law, to exercise jurisdiction except in those areas where the Constitutionally authorized "Government of the United States" has been granted jurisdiction by the Sovereign People. The area just des-cribed over which the "Government of the United States" lawfully exercises juris-diction is also referred to as the "federal zone", and all private property held by the Secured Party, which properties are located outside of the Federal zone are therefore outside of the jurisdiction of the "Government of the United States" , and the "UNITED STATES Corporation". Additionally, the constitutionally author-ized "government of the United States" is recognized by the Secured Party as ha-ving jurisdiction only as to those matters which the sovereign People, through their several State governments gave to the "Government of the United States", which powers are exclusive as to the powers not granted by the sovereign People through their several State governments and powers reserved to the States by the 10th Amendment to the Constitution for the united States of America. These are the facts and may be presented in any court by affidavit of the Secured Party, when any property or property interest belonging to Secured Party is involved in any interaction with the "Government of the United States" or the "UNITED STATES Corporation," or any of its Representatives, as outlined in this Contract.

42. Lawful 4th Amendment Warrant: Means a warrant that follows the provisions of the fourth amendment to the original"Constitution for the united States of America." This warrant must not deter from the exact procedures as outlined by the Fourth Amendment.

43. Legal Counsel: Means anyone that the Secured Party chossses to have as legal assistance of counsel, whether counsel is licensed or not, or members of the Bar Association. Counsel may assist, represent, speak on behalf of, write cases for,

or perform any act in or out of court for the Secured Party without any hinderance, threat, prosecution, charge, repercussion from any officer of the court, or Representative of the "government of the United States", or the "UNITED STATES Corporation", or any Representative thereof.

44. Legal Status: Means the two classes of natural men and women recognized in the Constitution for the united States of America- "People" and "persons." Legal Status in the united States of America defines the rights, duties, capacities, incapacities, privileges, and immunities assisigned to each legally recognized class of natural persons. Legal Status also determines to a large degree the type of "Citizenship" to which each class legally recognized class of natural persons is assigned. See definitions for "people" and "persons" below.

45. Natural Man or Woman: Means a sentient, flesh and blood, living, breathing, biological man or woman, created by God, as represented by the Upper and Lower Case Name, including "Natural Man or Woman," or "Real Man," or "Real Man", or Real Woman", or "Real man/woman." This is not to be confused with Fictitious Legal Entity that was created by the STATE that is represented by the All Capital Letter Name.

46. Natural Man or Woman Secured Party: Means any flesh and blood, living, breathing, Man or Woman, created by God, who notifies any Representative of the "government of the United States", or the "UNITED STATES Corporation", verbally or in writing, that he is not a Strawman, Vessel in Commerce, Corporate Fiction, Legal Entity, Ens Legis, or Transmitting Utility, of, for, by, to the "united States of America", the "government of the United States", the "State of Texas", i.e., "Republic of Texas", or to the UNITED STATES Corporation". This is not to be confused with the Fictitious Legal Entity that was created by the STATE and is represented by Muqtasid-Abdul: Qadir . Any attempt to notify any Representative of the Status of the Secured Party will be sufficient notice. Sufficient notice will be determined by oath, statement, or affidavit by the Secured Party; and the validity of such will not be challenged by any officer of the court.

47. Obstruction of Justice: Means any attempt by any officer of the court or Representative of any agency that represnets the "government of the United States", or the "UNITED STATES Corporation', or any of its subdivisions, agencies, contrators, etc., to deprive, hinder, conceal, coerce, threaten the Secured Party in any attempt to prevent his any and every opportunity to legally/lawfully defend him/herself by attempting to produce and file lawful documents, and or testimony, to Officers, Judges, Magistrates, the court, clerk of court, or Representatives, in order to settle any legal/lawful controversy. This also includes any attempt by a judge or officer of the court from hindering the Secured Party from filing, admitting, presenting, discussing, questioning, or using and evidence, document, paper, photgraphs, audio and/or video recordings, or any other type of evidence that they desire to submit as evidence in any type of court proceeding. The determination of what is evidence and what will be admitted is to be solely determined by the Secured Party. Any evidence will be tried on merits of the lawful content and validity. Any Judge or officer of the court who attempts to suppress or dismiss legal or lawful evidence will Volunarily surrender all bonds, insurance, property, CAFR funds, corporate property, bank accounts, and savings accounts of value to the Secured Party upon written demand, and surrender all rights to and defenses against said property. This also includes evidence that is supported by case law. This includes attempts by any officer of the court from making motions, order such as Gag Orders or any other means of Keeping Information suppressed from the public or the official record. The determination of whether the acts of the court are an attempt to suppress evidence will be solely determined by the Secured Party. This also includes the provision as indicated in item #55

"Racketeering".

48. Oppressing Government: Means any Government or Representative thereof that shall have transgressed against Secured Party or any of Secured Party's property, rights, privileges, capacities, or immunities in any respect.

49. Peers: Means the same as the definition of a Secured Party.

50. People: The "People" are those natural men and women who hold the sovereignty in joint tenancy in the united States of America and the several States, by virtue of the treaty of Peace of 1783, signed by his Most Royal and Dread Sovereign Majesty, king George the 3rd, and its two addendums signed by the then kings of Spain and France. The "People" are those who were the free inhabitants in the several States and their posterity (pauperers, vagabonds and fugitives from justice excepted), who ordained and established the "Constitution for the united States of America" in 1787 and the Bill of Rights of 1791, for themselves and their posterity, and who the Constituions for the several States, reserving unto thenselves and their posterity the Sovereignity of both the united States of America and the several States. The "People" are not citizens of or subject to the jurisdiction of the "government of the United States", as created in the original "Constitution for the united States of America", Circa 1787, or to your "UNITED STATES Corporation", also known as the Corporate "UNITED STATES", "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational government, Corporations, agencies, or sub-corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF TEXAS", or by whatever name same may currently be known or be hereafter named, and the like. The "People" are citizens first of the State in which they reside, and second of the united States of america.

51. Person: The word "Person", when used in this Contract and written in the Upper and lower Case Letters shall mean a 'natural man or woman,' and not an incorporeal person. Further, a "Person" is distinguished from a "People", in that the "People", hold the Sovereignity in the united States of America (See "People" #50), and the "persons" derive all of their rights and privileges from the "People", through the "Constitution for the united States of America" and the Constitutions for the several States. The "Person" are identified in the Constitution for the united States, first at Article 1, Section 9, Clause 1, their rights and privileges and defenses and protections are defined at Amendment Five of the Bill of Rights, and their duties and citizenships status are defined at Amendment Fourteen of the Constitution for the united States of America.

52. Presumption: Means legal assumption or inference that places the burden of proof or burden of production on the other party, but never on the Secured Party. No persumption shall prevail against the Secured Party without lawful, documented evidence that supports the presumption which is certified by the officers of the court, on and for the record, under penalty of perjury.

53. Public record: Maens any record or document placed into the public by the Secured Party. For example, when this document is recorded at a Register of Deeds office, it becomes a public record.

54. Purchase Price: Means the new replacement cost of items of property at the time of replacement. This includes locating, packing, shipping, handling, delivery,

set up, installation, and any other fee associated with total replacement of property.

55. Racketeering: Means any attempt by any two or more officers of "government of the United States" or the "UNITED STATES Corporation", to restrict, suppress, coerce, manipulate, inhibit, or in any way deprive the Secured Party from receiving every right, benefit, or privilege or exercising every immunity that is outlined by the Constitution for the united States of America, the Honorable "Bill of Rights', and/or the "Constitution of the State of Texas." This also includes any effort by the officers of the court or any Representative of "government of the United States" or the "UNITED STATES Corporation", to hinder in any way the introduction of evidence, law, facts, affidavits, statements, witness testimony, or any information that is considered relevant by the Secured Party, or any attempt to prevent a jury from hearing this evidence. This also includes any attempt to prevent evidence from being heard in a public forum and before any and all members of the general public, as many as can accommodate by the main courtroom. All hearings, tribunals, or trials will be held in a public place; and any and all members of the general public will be allowed to attend, without restriction. This also includes questioning and/or interrogation by police officers before, during, and after an arrest.

56. Reckless Endangerment: Means any attempt by any officer of the court or Representative of "government of the United States" or the "UNITED STATES Corporation", as defined herein, to endanger, attempt, or threaten to attempt to endanger the life or property of the Secured Party; this includes dangerous driving in a car, use or threatened use or lethal or non lethal weapons or chemicals, improper use of restraint devices on a non-combative Secured Party. If a conflict arises as to whether or not reckles endangerment has occurred, the version of the Secured Party will be considered as truth.

57. Representative: Means any agent, agency, department, officer, investigator, entity, subsidiary, sub-Corporation, contractor, employee, inspector, individual or Corporation that has any affiliation, association, collects, or distributes funds for, does any task for, receives and benefit or privilege from, etc., of or for "government of the United States" or the "UNITED STATES Corporation", or anyone, or anything that represents the interests of, or is being funded by, or receives funds from, or has any attachment to "government of the United States', or the " UNITED STATES Corporation", or any of their Representatives, sub-divisions, or sub-Corpoartions.

58. Rights and Defenses: Means Secured Party's legal and/or lawful right and/or ability to defend himself/herself in any action. Upon agreement, the defendant in an action may give up his right to defend himself/herself in a given action. This inludes tacit agreement by default; and the Secured Party is never the defendant.

59. Right to Speedy Trial: Means trial will commence within 90 days of the date of arrest.

60. Right to Travel: Maens the right to freely move about and/or control any type of craft by whatever means, via land, sea, or air, without any interference by any Representative of "government of the United States", or the "UNITED STATES Corporation", that in any manner willfully causes adverse affect or damages upon the Secured Party by an arrest, inhibition, detainment, restraint, deprivation or prevention.

61. Secuerd Party: In this Contract, the term "Secuerd Party", means a "Secured Party Creditor", which means Muqtasid-Abdul: Qadir© a natural, living, breathing flesh-and-blood man or sentient being as against a juristic person created by legal construction.

62. State: The word "State", which is distinhuished in this Contract by being written in the Upper and Lower Case Letters, means any of the Fifty Independent Sovereign nations, States and republics which make up the Union and are commonly referred to and known as States of the "united States of America" (for example: the "State of Texas", i.e., "Republic of Texas"), which use of the word "State" is not the same as a "STATE" of the "UNITED STATES Corpporation" and any such "State" is not a creation or subdivision thereof, and is not subject to the jurisdiction thereof.

63. STATE: The word "STATE", which is distinguished in this Contract by being written in all Upper Case Letters, means any of the de facto compact (Corporate) commercial states contracting within the "UNITED STATES Corporation", also known as the Corpoarte "UNITED STATES," "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, by way of example, including, but not limited to the "STATE OF TEXAS", or by whatever name same may currently be known or be hereafter named. STATES are a part of and subject to the jurisdiction of the "UNITED STATES Corporation", and or not States of the "united States of America". As a condition of this Corporation of this Contract, the Secured Party will determine 1. whether or not any State is a part of the "UNITED STATES Corporation", and 2. whether the alleged offense occurred within the limits of the "UNITED STATES Corporation",and such determination will never be challenged by any Representative of the "UNITED STATES Corporation." A violation of this provision will be #76 Unlawful determination and punishable as indicated by this Contract.

64. Statute Staple Securities Instrument: means a registered (by way of the Post Office registered mail) bond, statute, which establishes a procedure for settlement of commercial debt or obligation of record. This also establishes the law as it relates to the Secured Party.

65. Strawman: In this Security Agreement the term "Strawman" means the Debtor, i.e., MUQTASID ABDUL QADIR© and any and all variations and derivatives of the spelling of said name except Muqtasid-Abdul: Qadir© a front, a third party who is put up in name only for participating in a transaction. The "Strawman" is synonymous with #68. "Transmitting Utility."

66. The placing or Filing of an Unlawful Lien, Levy, Burden, Charge, Liability, Garnishment, Encumbrahce, or Attachment: means any attempt by any Representative of "government of the United States," or the "UNITED STATES Corporation", to place a lien,levy, garnishment, or attachment on the property or collateral of the Secured Party. Any such Representative must first prove his authority to do so by lawfully documented evidence, furishing all documents, forms, and papers as necessary to prove his authority to do so to a neutral Three (3) Notary Panel, hereinafter referenced as The Panel, selected by the Secured Party. Said Representative must guarantee in writing that the Representaive signing said documents will be personally liable for any damages due to his unlawful and/or illegal actions. He must supply bonds or other lawful funds to be held in trust by The Panel until The Panel determines if any actions of the Representaive ahev violated any laws or caused damage to the Secured Party. The Panel will have sole power to determine if any damages has occured and will release the funds according to the Panel's adjudication. The decision of The Panel will be final with no recourse. The Surety bonds and/or funds held in escrow by The Panel must be at least four (4) times the estimated value of the property that is liened, levied, garnished, or attached. The assessment of value will be recorded via affidavit by the Secured Party and delivered to The Panel. The Panel's determination and the assessment thereof will be accepted as truth without question or recourse. Said Representative agrees to] surrender, including, but not limited to, any and all surety bonds, public and/or corporate insurance policies, CAFR funds, or corporate property as neede to

satisfy any and all claims and/or assessments sa filed against said Representative by the Secured Party. Said Representative agrees that any and all property or collateral with a current or existing lien will remain in the custody and control of the Secured Party until such time as a determination has been made by a jury of twelve of the Secured Party's Peers as defined herein. In the event that a jury of twelve of the Secured Party's Peers cannot be convened or has not been convened within Sixty (60) days from the date of the Order of the lien, levy, attachment, or granishment, any action against the Secured Party shall be dismissed with prejudice, and every lien, levy, attachment, or garnishment shall be released within ten (10) days and all property rights restored, unencumbered. The Representative who has authorized said lien, levy, attachment, or garnishment agrees to surrender any and all surety bonds, public and/or corporate insurance policies, CAFR funds, or corporate property as needed to satisfy any and all claims and/or assessments as filed against said Representative.

67. Trespass/Trespassing: Means the entry into, or onto the domain, property, residence, area, location, grounds, dwellings, buildings, barnes, sheds, caves, structures, lands, storage areas, tunels, automobiles, trucks, safe houses, underground shelters, automobiles, motor vehicles, recreational vehicles, boats, planes, trains, ships, containers, vans, heavey equipment, farm inplements, culverts, driveways, trees, yards, real property, real estate, land, etc., of the SecuredParty without Secured Party's express written permission, or without a lawfully executed fouth (4th) amendment warrant, and any and all Representatives of "government of the United States", or the "UNITED STATES Corporation", will fully and completely observe any and all protections as outlined in this Constitution for the "united Staes of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of Texas." Any personal property that is damaged, lost, stolen, or misplaced, etc., will be recoverable as indicated in this Notice and demand document. Secured Party Solemnly Affirms that the secured Party does not have any illegal contraband on Secured Party's property; Secured Party has never had any illegal contraband on or around my property and never will. Secured Party simply does not allow it on Secured Party's property. Any contraband if it is found on my property will have been introduced by the officers or agents during time of trespass. Contraband or illegal items if they are found in a search do not belong to Secured Party and may not be used in any attempt in nay claim against me. Any and all Representatives of the "government of the United States", or the "UNITED STATES Corporation", will be held individually and personally liable for the full amount of damages as outlined in this Notice and demand document for trespassing.

68. Transmitting Utility: In this Security Agreement, the term "Transmitting Utility" means MUQTASID ABDUL QADIR© and any and all derivertives and variations in the spelling of said name except Muqtasid-Abdul: Qadir©.

69. Unalienable Rights (Inalienable Rights): Means Natural Rights given by The Creator of all the Worlds as acknowledged by the Law of Nations and incorporated into the "Bill of Rights", of the Constitution of the State of Texas such as, but not limited to right of enjoying and defending their lives and liberties, of acquiring, possessing, and protecting property; and of seeking and obtaining their safety and happiness.

70. Unfounded Accusations: Means any accusation, charge, or claim, civil or criminal, or in admiralty that is alleged or made by any Representative of the "goverment of the United States", or the "UNITED STATES Corporation", AS DEFINED herein, that is not proven by written documented evidence presented under oath and penalty of perjury by an authorized Representative of the "government of the United States" or the "UNITED STATES Corporation". The accuser has eight (8) hours to provide

said documents to be reviewed and in possession of the Secured Party; and failure to do so will be unfounded accusations and subject to the penalties contained herein.

71. UNITED STATES Corporation: In this Contract the term "UNITED STATES Corporation" means the corporate "UNITED STATES", Corp. USA", "United States, Inc.", or by whatever name it may currently be known or be hereafter named, (excusive of the "united States of America" and the "government of the United States as created in the original Constitution for the united States of America, Circa 1787"), or any of its agencies, or sub-Corporations, including but not limited to any de facto compact (Corpoarte) commercial STATES contracting therein, including, but not limited to the "STATE OF TEXAS", or by whatever name it may currently be known or be hereafter named ( Exclusive of the "State of Texas", i.e.,"Republic of Texas").

72. united States of America: The term "united States of America", when used in this Contract is distinguished by being written in the "upper and lower case Letters," except that the first letter of the first word, i.e., "united" is lower case letter, and means that union of indenpendent sovereign nations, States and republics, which as colonies of Great Britain and having declared their indenpendence from Great Britain in The declaration of Independence adopted July 4, 1771, and having won their independence from Great Britain in the American Revolutionary War, and thereafter having gained recognition as independent sovereign nations, States and republics in international law by the treaty of Peace of 1783, signed by his Most Royal and Dread Sovereign Majesty, King George the 3rd, and its two addendums signed by the then kings of Spain and france, and which independent sovereign nations and States did adopt the "Article of Confederation" of 1778 and thereafter adopted the "Constitution for the united States of America" in 1778. The word "united States of America", when used in this Contarct, does not include the "UNITED STATES Corporation, as that term is defined herein.

73. Unlawful Arrest: means restricting the Secured Party's right to move about freely without the proper use of a lawful 4th Amendment Warrant signed by a judge of "competent jurisdiction" while under oath. this includes unnecessary use of retraint devices, traffic stops, raids, or any other type of intercation, when an officer is presented with and ignores a "Notice and Demand," "Public Servant Questionaire," "Right to Travel" Documents, or other documents notifying the officer of the lawful rights of the Secured Party, created by the Creator of all the Worlds, who is not to be confused with the Corporate Fiction "Strawman" which was created by the STATE. This includes arrest when the Secured Party is incarcerated for refusing to sign any citation, arrest due to contempt of court when he or she is Not violent or a physical threat to the court, arrest by Internal Revenue Service for failure to produce books, records, or other documents, arrest and refussal of Habeas Corpus, arrest for conspiarcy of any kind without lawfully documented affidavits from at least three (3) eye witnesses, signed under oath and penalty of perjury.

74. Unlawful Detainer: Means any attempt by any officer of the court or Representative of the "government of the United States", or the "UNITED STATES Corporation", to arrest, check, hinder, delay, possess, hold, keep in custody, restrain, retard, stop, withhold the Secured party without affording him every protection as outlined by the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of Texas." Any public law, statute, regualtion, ordinance or the like will be null and void and will not be used in any action in which the Secured Party is involved.

75. Unlawful Detention: Means restraining the Secured Party's freedom of movement, and/or Right to travel, against his will for more than sixty (60) seconds without a

properly authorized lawful 4th amendment warrant signed by a judge of competent Jurisdiction while under oath. This includes routine traffic stops, raids, random identification checks, only after the Representative has been notified by the Secured Party of his status and after the officer has been given documents to prove said status, along with up to ten (10) minutes for the officer to examine said documents.

76. Unlawful determination: means any statement, speech, gesture, writing, present-ment, or the like that suggests an idea that negatively represents the character, actions, plans, procedures, customs, ways of the Secured Party, or group of Secured parties, that is not proven by documented authorized certified evidence, on and for the record under penalty of perjury. This includes off color statements, accusations, or remarks by a judge or other officer of the court and any other Representative of the "government of the "United States", or the "UNITED STATES Corporation".

77. Unlawful Distraint: Means seizure or taking of any property that is lawfully owned or in possession of the Secured Party without proper probable cause, and/or due process, and lawful 4th amendment warrant. This includes any seizure by any Re-presentative, in any capacity, or relationship with the "government of the United States", or the "UNITED STATES Corporation", or any of its agencies contractors, subsidiaries, or the like.

78. Unlawful Restraint: Means any action by any Representative to prevent, coerce, intimidate, hinder, or in any way limit the right of the Secured Party from any type of freedom of legal/lawful speech, travel, movement, action, gesture, writing, utterance, or enjoyment of any right or privilege that is commonly enjoyed by any citizen of the United States or of the State of Texas.

79. US Dollars: Means the currently recognized medium of exchange as used by the general public at the time of offense, at par value, equal to one ounce silver dollar equivalent per each dollar unit, as represented in a claim. All claims and damages will be paid at par value as indicated. Par Value will be established by written law or the value established by the US MINT for the purchase of an official one troy ounce 99.999% Pure Silver Coin, whichever is higher at the time of the of-fense.

80. Verbal Abuse: Means the use of Offensive, and/or threatening verbal words, bo-dy language, and non verbal gestures or actions by any Representative of the "go-vernment of the United States", or the "UNITED STATES Corporation", as defined herein, upon the Secured Party. If a controversy arises about an incident, the ver-sion told by the Secured Party will be accepted as truth and will not be contested.

81. Vessel in Commerce: In this Security Agreement, the term "Vessel in Commerce" means the Strawman, MUQTASID ABDUL QADIR©, and any and all derivatives and varia-tions in the spelling of said name except Muqtasid-Abdul: Qadir© a transmitting utility, an all capital letter name for the real man's alter ego in commerce by which the real man can participate in commerce, and appear in court.

82. Victim: Means the Secured Party who has received direct damage to himself or his property as the result of an unlawful or illegal act by another.

83. Victimless Laws: Means any law that is passed or presumed to be passed that creates a violation of law where no Natural Man or Woman has been damaged. This includes any statute, ordinance, regulation, policy, or color of law provision.

Those types of laws will not be used in nay action, of any kind, against any Natural Man or woman.

84. Willingly: Means that a Secured Party is in full knowledge, understanding, agreement, and full consent, at all times, without fear of reprisal, threat, or coercion, during any intercation in which he is involved with any Representative of any court or Corporation, including incorporated governments.

85. Written or Varbal Agreement: Means any agreement entered into by the Secured Party, written or verbal. Any question of any contract will be resolved by an affidavit from the Secured Party. Secured Party's affidavit will be considered fact in any action or dispute, without question of any Representative of any Corporation, including incorporated governments.

M.A.Q.

*Original*



# The State of Texas

### Secretary of State

I, Rolando B. Pablos, Secretary of State of the State of Texas, DO HEREBY

CERTIFY that according to the records of this office,

**SHEILA LAURETTE MALONE**

was commissioned as a Notary Public for the State of Texas on June 23,

2016, for a term ending on June 23, 2020.

Issued: June 28, 2017

Certificate Number 11345882



_____

Rolando B. Pablos
Secretary of State
GF/du



MUQTASID ABDUL QADIR 743503
POWLEDGE UNIT
1400 FM 3452
PALESTINE, TX. 75803

LEGAL MAIL

To: The Clerk Ms. Debra Spisak
Court of Appeals Second District of Texas
401 W. Belknap St. Suite 9000
Fort Worth, Texas 76196

CERTIFIED MAIL
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS FOLD AT DOTTED LINE

U.S. POSTAGE PAID
MAGNUM
PALESTINE, TX
$0.00
R2304N1181-88-07

U.S. Postal Service
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®

Certified Mail Fee
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery
Postage
Total Postage and Fees
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7016 1370 0002 3204 0490